IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF AD HOC GROUP OF UNAFFILIATED SECOND AND THIRD LIEN LENDERS

PLEASE TAKE NOTICE that the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders[2], hereby enters their appearance by and through its counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 7799 Leesburg Pike, Suite 1100 North, Falls Church, VA 22043.

[2] The Ad Hoc Group of Unaffiliated Second and Third Lien Lenders includes (i) certain funds and accounts advised by Capital Research and Management Company and any of its affiliates; (ii) Litespeed Master Fund, Ltd. and any other funds and accounts, as the case may be, advised by Litespeed Management LLC and any of its affiliates; (iii) certain funds and accounts advised by Mudrick Capital Management, LP and any of its affiliates; and (iv) certain funds managed by Third Avenue Management LLC, including Third Avenue Trust, on behalf of Third Avenue Focused Credit Fund. The members of the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders appear in these cases in their capacity as (a) holders of the Company's Senior Second Lien Secured 12.00% Cash Pay and 2.00% Pay-in-Kind Notes due 2020 and Senior Second Lien Secured 10.50% Cash Pay and 2.50% Pay-in-Kind Notes due 2020 issued under that certain Indenture, dated as of July 3, 2014, among the Borrower as Issuer, the Debtors party thereto as guarantors and the Prepetition Second Lien Notes Agent, (b) holders of the Company's Senior Third Lien Secured 15.00% Pay-in-Kind Notes due 2021, issued under that certain Indenture, dated as of July 3, 2014, among the Borrower as Issuer, the Debtors party thereto as guarantors and the Prepetition Third Lien Notes Agent, and (c) proposed debtor-in-possession lenders under that certain Superpriority Debtor-in-Possession Credit and Guaranty Agreement by and among the Borrower, the Guarantors and Cantor Fitzgerald Securities, as administrative agent and collateral agent, attached as Exhibit B to the Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364, (B) Granting Liens and Superpriority Claims, (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection and (E) Scheduling a Final Hearing [D.I. 11].

{1043.001-W0034398.}

§ 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

Andrew N. Rosenberg, Esquire
Brian S. Hermann, Esquire
Diane Meyers, Esquire
Rebecca R. Cohen, Esquire
Ann K. Young, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile (212) 757-3990
Email: arosenberg@paulweiss.com
      bhermann@paulweiss.com
      dmeyers@paulweiss.com
      rcohen@paulweiss.com
      ayoung@paulweiss.com

Richard S. Cobb, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: cobb@lrclaw.com
     mcguire@lrclaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the Ad Hoc Group of Second and Third Lien Lenders' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the

reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: February 10, 2015<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>_/s/ signature_<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: cobb@lrclaw.com<br>       mcguire@lrclaw.com<br><br>-and-<br><br>Andrew N. Rosenberg, Esquire<br>Brian S. Hermann, Esquire<br>Diane Meyers, Esquire<br>Rebecca R. Cohen, Esquire<br>Ann K. Young, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile (212) 757-3990<br>Email: arosenberg@paulweiss.com<br>       bhermann@paulweiss.com<br>       dmeyers@paulweiss.com<br>       rcohen@paulweiss.com<br>       ayoung@paulweiss.com<br><br>_Counsel to the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders_ |