IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ALTEGRITY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-10226 (LSS) <br><br> Joint Administration Requested |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                                 ) SS
NEW CASTLE COUNTY  )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, counsel for the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders in the above referenced case, and on the 10th day of February, 2015 she caused a copy of the following:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF AD HOC GROUP OF UNAFFILIATED SECOND AND THIRD LIEN LENDERS**
**[D.I. 40]**

to be served upon the parties identified on the attached list in the manner indicated.

*/s/ Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 10th day of February, 2015.

CASSANDRA D. LEWICKI
Notary Public - State of Delaware
My commission expires Nov. 5, 2016

*/s/ Cassandra D. Lewicki*
Notary Public

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 7799 Leesburg Pike, Suite 1100 North, Falls Church, VA 22043.

**ALTEGRITY, INC., *ET AL.***
**CASE NO. 15-10226 (LSS)**

**2002 Service List**
{1043.001-W0034408.}

*Via Hand Delivery*
(Counsel to Debtors)
Young Conaway Stargatt & Taylor LLP
Edmon L. Morton Esq.
Rodney Square
1000 North King Street
Wilmington, DE 19801

*Via First Class Mail*
(Top 50 Creditor)
Accordion Partners
Attn: President or General Counsel
632 Broadway, 2nd Floor
New York, NY 10012

*Via First Class Mail*
(Top 50 Creditor)
Aetna
Attn: President or General Counsel
P. O. Box 13504
Newark, NJ 07188-0504

*Via First Class Mail*
(Top 50 Creditor)
Blackwell, Leblanc, Waldron LLC
Attn: President or General Counsel
1025 Main Street
Bastrop, TX 78602

*Via First Class Mail*
(Debtors)
Altegrity, Inc.
Attn: General Counsel
7799 Leesburg Pike
Suite 1100 North
Falls Church, VA 22043

*Via First Class Mail*
(Counsel to Debtors)
Debevoise & Plimpton LLP
M. Natasha Labovitz, Esq.
919 Third Avenue
New York, NY 10022

*Via First Class Mail*
(Claims Agent)
Prime Clerk LLC
David M. Smith
830 3rd Ave FL 9
New York, NY 10022

*Via First Class Mail*
(Top 50 Creditor)
Accusearch, Inc.
Attn: President or General Counsel
2338 W. Royal Palm Rd. Suite J
Phoenix, AZ 84021

*Via First Class Mail*
(Top 50 Creditor)
Aetna
Attn: President or General Counsel
151 Farmington Avenue
Hartford, CT 06156-7622

*Via First Class Mail*
(Top 50 Creditor)
Carousel Industries Of North America, Inc.
Attn: President or General Counsel
P. O. Box 842084
Boston, MA  02284-2084

*Via First Class Mail*
(Top 50 Creditor)
CapGemini US LLC
Attn: President or General Counsel
98836 Collection Center Drive
Chicago, IL  60693

*Via First Class Mail*
(Top 50 Creditor)
CFIG Ocean Co-Invest SPV, LLC
Attn: President or General Counsel
11 Madison Avenue, 28th Floor
New York, NY  10010

*Via First Class Mail*
(Top 50 Creditor)
Carousel Industries Of North America, Inc.
Attn: President or General Counsel
659 South County Trail
Exeter, RI  02822

*Via Hand Delivery*
(Delaware Attorney General)
Delaware Attorney General
Attn: Bankruptcy Dept
Carvel State Office Bldg
820 N French St 6th Fl
Wilmington, DE  19801

*Via First Class Mail*
(Top 50 Creditor)
Commerce Center TN Tower LP
Attn:  Laurie Cheatham
100 Centerview Drive, Ste. 155
Nashville, TN  37214

*Via First Class Mail*
(Delaware Secretary of State)
Delaware Secretary of State
Corporations Franchise Tax
PO Box 898
Dover, DE  19903

*Via Hand Delivery*
(Delaware Division of Revenue)
Delaware Division of Revenue
Zillah Frampton
820 N French St
Wilmington, DE  19801

*Via First Class Mail*
(Top 50 Creditor)
Deltek Inc
Attn: President or General Counsel
P. O. Box 79581
Baltimore, MD  21279-0581

*Via First Class Mail*
(Delaware State Treasury)
Delaware State Treasury
Attn: Bankruptcy Dept
820 Silver Lake Blvd Ste 100
Dover, DE  19904

*Via First Class Mail*
(Counsel to Wilmington Trust, Indenture Trustee for each of the Debtors' Outstanding Bonds)
Dorsey & Whitney
Steven J. Heim
50 South Sixth Street
Suite 1500
Minneapolis, MN  55402-1498

*Via First Class Mail*
(Top 50 Creditor)
Deltek Inc
Attn: President or General Counsel
2291 Wood Oak Drive
Herndon, VA  20171-2823

*Via First Class Mail*
(Top 50 Creditor)
Epam Systems
Attn: President or General Counsel
41 University Dr
Suite 202
Newton, PA  18940

*Via First Class Mail*
(Environmental Protection Agency - Region 3)
Environmental Protection Agency
Attn: Bankruptcy Dept
1650 Arch Street
Philadelphia, PA  19103-2029

*Via First Class Mail*
(Top 50 Creditor)
Fleishman-Hillard Inc.
Attn: President or General Counsel
200 N. Broadway
St. Louis, MO  63102

*Via First Class Mail*
(Top 50 Creditor)
Fireeye Inc.
Attn: President or General Counsel
1440 McCarthy Blvd.
Milpitas, CA  95035

*Via First Class Mail*
(Top 50 Creditor)
Georgia Technology Authority
Attn: President or General Counsel
47 Trinity Avenue Southwest
Atlanta, GA  30334

*Via First Class Mail*
(Top 50 Creditor)
Georgia Technology Authority
Attn: President or General Counsel
P. O. Box 101943
Atlanta, GA  30392-1943

*Via First Class Mail*
(Top 50 Creditor)
Hewlett-Packard Financial Services
Attn: President or General Counsel
200 Connell Drive, 5th Floor
Berkeley Heights, NJ  07922

*Via First Class Mail*
(Top 50 Creditor)
Harte-Hanks Response Management/Austin Inc.
Attn: President or General Counsel
Harte-Hanks
2800 Wells Branch Parkway
Austin, TX  78728

*Via First Class Mail*
(Top 50 Creditor)
Hygenicsdata LLC
Attn: President or General Counsel
2095 W 6th Ave Ste 210
Broomfiel, CO  80020

*Via First Class Mail*
(Top 50 Creditor)
Hitachi
Attn: President or General Counsel
50 Prospect Avenue
Tarrytown, NY  10591

*Via First Class Mail*
(Top 50 Creditor)
Insight Direct USA, Inc.
Attn: President or General Counsel
6820 S. Harl Ave.
Tempe, AZ  85283

*Via First Class Mail*
(Top 50 Creditor)
Insight Direct USA, Inc.
Attn: President or General Counsel
P. O. Box 731069
Dallas, TX  75373-1069

*Via First Class Mail*
(IRS)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

*Via First Class Mail*
(IRS)
Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA  19104-5016

*Via First Class Mail*
(Counsel to the Ad Hoc Group of First Lien Debt Holders)
Kirkland & Ellis LLP
Patrick J. Nash Jr.
Justin R. Bernbrock
Ryan P. Dahl
300 North LaSalle
Chicago, IL  60654

*Via First Class Mail*
(Top 50 Creditor)
Iron Mountain
Attn: President or General Counsel
P. O. Box 27128
New York, NY  10087-7128

*Via First Class Mail*
(Top 50 Creditor)
Labcorp
Attn: President or General Counsel
358 South Main Street
Burlington, NC  27215

*Via First Class Mail*
(Top 50 Creditor)
Labcorp
Attn: President or General Counsel
P. O. Box 12140
Burlington, NC  27216-2190

*Via First Class Mail*
(Counsel to the Goldman Sachs, Agent for the Debtors' Prepetition Secured Credit Facility)
Latham & Watkins LLP
Richard A. Levy
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

*Via First Class Mail*
(Top 50 Creditor)
LBA REIT IV LLC
Attn: President or General Counsel
Dba LB IV PPI LLC
3347 Michelson Dr, Ste 200
Irvine, CA 92612

*Via First Class Mail*
(Top 50 Creditor)
Microsoft Corporation
Attn: President or General Counsel
One Microsoft Way
Redmond, WA 95052

*Via First Class Mail*
(Top 50 Creditor)
National Student Clearinghouse
Attn: President or General Counsel
P. O. Box 79252
Baltimore, MD 79252

*Via First Class Mail*
(Top 50 Creditor)
Netforce Global LLC
Attn: President or General Counsel
18 Crow Canyon Ct Ste 310
San Ramon, CA 94583

*Via First Class Mail*
(Top 50 Creditor)
New York State Corp. Tax
Attn: President or General Counsel
Corporation Tax bank Sub-Unit
Building 8 Room 700, WA Harriman Campus
Albany, NY 12227

*Via First Class Mail*
(Top 50 Creditor)
Nightowl Document Mgmt Services, Inc.
Attn: President or General Counsel
724 North First Street
Minneapolis, MN 55401

*Via Hand Delivery*
(United States Trustee District of Delaware)
Office of the United States Trustee
Mark S. Kenney
844 King St Ste 2207
Wilmington, DE 19801

*Via First Class Mail*
(Counsel to the Ad Hoc Group of Second and Third Lien Noteholders and Cantor Fitzgerald Securities, the DIP Agent)
Paul Weiss
Brian S. Herman
Rebecca R. Zubaty Cohen
1285 Avenue of the Americas
New York, NY 10019-6064

*Via First Class Mail*
(Top 50 Creditor)
Quest Diagnostics
Attn: President or General Counsel
P. O. Box 14730
St. Louis, MO 63150-4730

*Via First Class Mail*
(Top 50 Creditor)
Quest Diagnostics
Attn: President or General Counsel
3 Giralda Farms
Madison, NJ  07940

*Via First Class Mail*
(Top 50 Creditor)
Rydan Security Inc.
Attn: President or General Counsel
131-19 Jamaica Avenue, 2nd Floor
Jamaica, NY  11418

*Via First Class Mail*
(Top 50 Creditor)
S.I.S. Investigations, Inc.
Attn: President or General Counsel
15246 W. Destiny Drive
Post Falls, ID  83854

*Via First Class Mail*
(Top 50 Creditor)
Salesforce.Com
Attn: President or General Counsel
P. O. Box 203141
Dallas, TX  75320-3141

*Via First Class Mail*
(Top 50 Creditor)
Salesforce.Com
Attn: President or General Counsel
The Landmark at One Market
Suite 300
San Francisco, CA  94105

*Via First Class Mail*
(Securities and Exchange Commission - Headquarters)
Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC  20549

*Via First Class Mail*
(Securities and Exchange Commission - Regional Office)
Securities & Exchange Commission - NY Office
Attn: Bankruptcy Dept
Brookfield Place
200 Vesey Street Ste 400
New York, NY  10281-1022

*Via First Class Mail*
(Securities and Exchange Commission - Regional Office)
Securities & Exchange Commission - Philadelphia Office
Attn: Bankruptcy Dept
One Penn Center
1617 JFK Blvd Ste 520
Philadelphia, PA  19103

*Via First Class Mail*
(Top 50 Creditor)
SMS Systems Maintenance Services, Inc.
Attn: President or General Counsel
9013-E PerimeterWoods Drive
Charlotte, NC  28216

*Via First Class Mail*
(Top 50 Creditor)
South Carolina Interactive, LLC
Attn: President or General Counsel
P.O. Box 403637
Atlanta, GA  30384-3637

*Via First Class Mail*
(Top 50 Creditor)
South Carolina Interactive, LLC
Attn: President or General Counsel
1301 Gervais Street
Columbia, SC  29201

*Via First Class Mail*
(Top 50 Creditor)
Southstar Financial LLC
Attn: President or General Counsel
830 Lowcountry Blvd Ste 201
Mt. Pleasant, SC  29464

*Via First Class Mail*
(Top 50 Creditor)
Special Counsel Inc.
Attn: President or General Counsel
P. O. Box 1024140
Atlanta, GA  30368-4140

*Via First Class Mail*
(Top 50 Creditor)
Special Counsel Inc.
Attn: President or General Counsel
10201 Centurion Parkway North, Suite 400
Jacksonville, FL  32256

*Via First Class Mail*
(Top 50 Creditor)
Squad Services Inc.
Attn: President or General Counsel
44 Wall Street
Suite 1225
New York, NY  10005

*Via First Class Mail*
(Top 50 Creditor)
TALX Corporation
Attn: President or General Counsel
P. O. Box 790051
St. Louis, MO  63179

*Via First Class Mail*
(Top 50 Creditor)
TALX Corporation
Attn: President or General Counsel
11432 Lackland Road
St. Louis, MO  63146

*Via First Class Mail*
(Top 50 Creditor)
TALX Corporation
Attn: President or General Counsel
4076 Pay Sphere Circle
Chicago, IL  60674

*Via First Class Mail*
(Top 50 Creditor)
Teachers Insurance and Annuity Association of America
Attn: President or General Counsel
8500 Andrew Carnegie Blvd. I C3-04
Charlotte, NC  28262

*Via First Class Mail*
(Top 50 Creditor)
Tek Systems
Attn: President or General Counsel
7437 Race Rd
Hanover, MD  21076

*Via First Class Mail*
(Top 50 Creditor)
Third Avenue Tower Owner LLC
Attn: President or General Counsel
142 West 57th Street
New York, NY  10019

*Via First Class Mail*
(Top 50 Creditor)
Thomson Financial
Attn: President or General Counsel
P. O. Box 5136
Carol Stream, IL  60197-5136

*Via First Class Mail*
(Top 50 Creditor)
Thomson Financial
Attn: President or General Counsel
3 Times Square
New York, NY  10036

*Via First Class Mail*
(Top 50 Creditor)
Three Deep, Inc.
Attn: President or General Counsel
180 East 5th Street
Suite 910
St. Paul, MN  55101

*Via First Class Mail*
(Top 50 Creditor)
TVS Datasource
Attn: President or General Counsel
Dba/TVS Datasource Inc.
1200 South Outer Rd.
Blue Springs, MO  64015

*Via First Class Mail*
(U.S. Office of Personnel Management)
U.S. Office of Personnel Management
Attn: Bankruptcy Dept
1900 E Street, NW,
Washington, DC  20415-1000

*Via Hand Delivery*
(US Attorney for the District of Delaware)
US Attorney for Delaware
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE  19899-2046

*Via First Class Mail*
(Top 50 Creditor)
Verizon
Attn: President or General Counsel
P. O. Box 660720
Dallas, TX  75266-0720

*Via First Class Mail*
(Top 50 Creditor)
Verizon
Attn: President or General Counsel
1 Verizon Way
Basking Ridge, NJ  07920

*Via First Class Mail*
(Top 50 Creditor)
Verizon
Headquarters Legal Department
30 Independence Blvd
Warren, NJ  07059

*__Via First Class Mail__*
(Top 50 Creditor)
VMWare, Inc
Attn: President or General Counsel
3401 Hillview Avenue
Palo Alto, CA 93404

*__Via First Class Mail__*
(Top 50 Creditor)
Watkins, Blanca, And Hoyt, Spencer
Law Offices of Devin H. Fok
P. O. Box 7165
Alhambra, CA 91802

*__Via First Class Mail__*
(Top 50 Creditor)
Watkins, Blanca, And Hoyt, Spencer
Law Offices of Devin H. Fok
121 W. Lexington Dr. Ste. L500D
Glendale, CA 91203

*__Via First Class Mail__*
(Counsel to Providence Equity Partners)
Weil Gotshal & Manges
Marcia Goldstein, Jacqueline Marcus, Amy Price
767 Fifth Avenue
New York, NY 10153

*__Via First Class Mail__*
(Counsel to the Ad Hoc Group of Unsecured Noteholders)
Wilmer Cutler Pickering Hale and Dorr LLP
Dennis L. Jenkins
60 State Street
Boston, MA 02109

*__Via First Class Mail__*
(Top 50 Creditor)
Wilmington Trust, National Association
Attn: Global Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

*__Via First Class Mail__*
(Top 50 Creditor)
Windermere LLC
Attn: President or General Counsel
105 Westpark Dr Ste 450
Brentwood, TN 37027

*__Via Hand Delivery__*
(Counsel to the Ad Hoc Group of First Lien Debt Holders)
Womble Carlyle Sandridge & Rice LLP
Mark L. Desgrosseilliers
Matthew P. Ward
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*__Via First Class Mail__*
(Top 50 Creditor)
Xcel Energy
Attn: President or General Counsel
P. O. Box 9477
Minneapolis, MN 55484-9477

*__Via First Class Mail__*
(Top 50 Creditor)
Xcel Energy
Attn: President or General Counsel
414 Nicollet Mall
Minneapolis, MN 55401

| | |
|---|---|
| ***Via First Class Mail*** | ***Via Hand Delivery*** |
| (Counsel to Goldman Sachs Bank USA) | (Counsel to Goldman Sachs Bank USA) |
| Adam J. Goldberg, Esquire | Mark D. Collins, Esquire |
| R. Andrew Westgate, Esquire | Amanda R. Steel, Esquire |
| Latham & Watkins LLP | Richards, Layton & Finger, P.A. |
| 885 Third Avenue | One Rodney Square |
| New York, NY 10022-4834 | 920 N. King Street |
| | Wilmington, DE 19801 |