IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALTEGRITY, INC., *et al.*,[1] | Case No. 15-10226 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 102(1) and of title 11 of the United States Code, the law firms of Wilmer Cutler Pickering Hale and Dorr LLP, and Bayard, P.A. hereby enter their appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as counsel to the Official Committee of Unsecured Creditors ("Creditors Committee"), and hereby request, pursuant to Bankruptcy Rules 2002, and 9007, and U.S.C. § 342, that copies of all notices and pleadings given or filed in the Chapter 11 Cases be given and served upon the party listed below at the following address, telephone, and facsimile number:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 7799 Leesburg Pike, Suite 1100 North, Falls Church, VA 22043.

| | |
|---|---|
| Neil B. Glassman, Esq. | Andrew Goldman, Esquire |
| GianClaudio Finizio, Esq. | Dennis L. Jenkins, Esq. |
| Bayard, P.A. | Wilmer Cutler Pickering Hale and Dorr LLP |
| 222 Delaware Avenue, Suite 900 | 60 State Street |
| Wilmington, DE 19801 | Boston, MA 02109 |
| Telephone: (302) 655-5000 | Telephone: (617) 526-6491 |
| Fax: (302) 658-6395 | Fax: (617) 526-5000 |
| Email: nglassman@bayardlaw.com | Email: andrew.goldman@wilmerhale.com |
|     gfinizio@bayardlaw.com |     dennis.jenkins@wilmerhale.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit, is intended or shall be deemed or construed as a waiver of Creditors Committee's right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

*[Remainder of page intentionally left blank]*

Dated:  March 11, 2015
Wilmington, Delaware

        **BAYARD, P.A.**

        */s/ GianClaudio Finizio*
        Neil B. Glassman (No. 2087)
        GianClaudio Finizio (No. 4253)
        222 Delaware Avenue, Suite 900
        Wilmington, DE  19801
        Telephone:  (302) 655-5000
        Facsimile:  (302) 658-6395
        Email: nglassman@bayardlaw.com
              gfinizio@bayardlaw.com

        and

        Andrew Goldman, Esq.
        Dennis L. Jenkins, Esq.
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        Telephone: (617) 526-6491
        Fax: (617) 526-5000
        Email: dennis.jenkins@wilmerhale.com

        *Proposed Counsel for the Official Committee of Unsecured Creditors*