# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 5, 2015 AT 10:00 A.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

## ADJOURNED MATTERS

1. Debtors' Motion for Order Approving the Disclosure Statement and Granting Related Relief [D.I. 338, 3/30/15]

    Objection Deadline:    April 28, 2015 at 4:00 p.m. (ET)

    Related Documents:

    a) Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 334, 3/30/15]

    b) Disclosure Statement for the Joint Chapter 11 Plan of Altegrity Inc., *et al.* [D.I. 335, 3/30/15]

    c) Notice of Hearing to Consider Adequacy of Disclosure Statement [D.I. 336, 3/30/15]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

[2] **Amendments appear in bold.**

01:17013348.2

Objections Filed:

    d)    Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 476, 4/28/15]

    e)    Bank Alkhair B.S.C. and Dar Al Arkan Real Estate Development Company's Objections to the Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., et al. [D.I. 477, 4/28/15]

    f)    Notice of Filing of Corrected Exhibit 4 to the Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 478, 4/28/15]

    g)    Response of James P. Fisher [D.I. 388, 4/15/15]

Status: This matter will be adjourned to May 15, 2015 at 10:00 a.m. (ET).

2. Debtors' Motion for Order (A) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (I) Approving Form and Manner of Solicitation Procedures, (II) Approving the Form and Notice of the Confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for Receipt of Ballots and (VI) Approving Procedures for Vote Tabulations; (B) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan and (C) Granting Related Relief [D.I. 385, 4/14/15]

Objection Deadline:   April 28, 2015 at 4:00 p.m. (ET)

Objections Filed:

    a)    Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 476, 4/28/15]

    b)    Notice of Filing of Corrected Exhibit 4 to the Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 478, 4/28/15]

Status: This matter will be adjourned to May 15, 2015 at 10:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL**

3.  Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedures 2014(a) and 2016 and Local Rule 2014-1 for Authorization to Retain and Employ Capstone Advisory Group, LLC and Capstone Valuation Services, LLC as Financial Advisor to the Official Committee of Unsecured Creditors [D.I. 355, 4/3/15]

    Objection Deadline:   April 20, 2015 at 4:00 p.m. (ET)

    Related Document:

    a)  Certification of Counsel Regarding Revised Proposed Order Authorizing the Official Committee of Unsecured Creditors to Retain Capstone Advisory Group, LLC and Capstone Valuation Services, LLC as Financial Advisor Effective February 25, 2015 [D.I. 417, 4/22/15]

    b)  **Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Capstone Advisory Group, LLC and Capstone Valuation Services, LLC, as Financial Advisor Effective as of February 25, 2015 [D.I. 499, 5/4/15]**

    Objections Filed:

    c)  Informal Response of United States Trustee

    d)  Informal Response of the Ad Hoc Group of Unaffiliated Second and Third Lien Bondholders

    Status: **An order has been entered**.  No hearing is required.

4.  Debtors' Motion for an Order Pursuant to Section 363(b) of the Bankruptcy Code Authorizing the Debtors to (A) Pay Expenses in Connection with Exit Financing, (B) Provide Expense Deposits to Potential Exit Financing Lenders and (C) Provide Indemnification to Potential Exit Financing Lenders [D.I. 384, 4/14/15]

    Objection Deadline:   April 28, 2015 at 4:00 p.m. (ET)

    Related Document:

    a)  Certification of Counsel [D.I. 494, 5/1/15]

    b)  **Order Pursuant to Section 363(b) of the Bankruptcy Code Authorizing the Debtors to (A) Pay Expenses in Connection with Exit Financing, (B) Provide Expense Deposits to Potential Exit Financing Lenders and (C) Provide Indemnification to Potential Exit Financing Lenders [D.I. 498, 5/4/15]**

Objections Filed: None

Status: **An order has been entered.  No hearing is required.**

Dated: Wilmington, Delaware
May 4, 2015

*/s/ Edmon L. Morton*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253
Email: emorton@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Jasmine Ball
Craig A. Bruens
919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: nlabovitz@debevoise.com
       jball@debevoise.com
       cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*