**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 334, 335, 515 & 516 |

**NOTICE OF FILING BLACKLINES OF THE DEBTORS' REVISED
JOINT CHAPTER 11 PLAN OF ALTEGRITY, INC., <u>ET AL.</u> AND
THE ACCOMPANYING DISCLOSURE STATEMENT**

  **PLEASE TAKE NOTICE** that, on March 30, 2015, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the (i) *Joint Chapter 11 Plan of Altegrity, Inc., et al.* [Docket No. 334] (the "**Original Plan**") and (ii) the *Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., et al.* [Docket No. 335] (the "**Original Disclosure Statement**").

  **PLEASE TAKE FURTHER NOTICE** that, on April 14, 2015, the Debtors filed their *Motion for Order (A)Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (I) Approving Form and Manner of Solicitation Procedures, (II) Approving the Form and Notice of the Confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for Receipt of Ballots and (VI) Approving Procedures for Vote Tabulations;(B) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan and (C) Granting Related Relief* [Docket No. 385] (the "**Solicitation Motion**" and the order annexed thereto, the "**Original Solicitation Order**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

**PLEASE TAKE FURTHER NOTICE** that, on May 12, 2015, the Debtors filed the (i) revised *Joint Chapter 11 Plan of Altegrity, Inc., et al.* [Docket No. 515] (the "**Revised Plan**") and (ii) the revised *Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., et al.* [Docket No. 516] (the "**Revised Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of parties in interest, attached hereto as Exhibits A and B are blacklines (without attached exhibits) comparing the Revised Plan to the Original Plan and the Revised Disclosure Statement to the Original Disclosure Statement, respectively.

**PLEASE TAKE FURTHER NOTICE** that, the Revised Disclosure Statement includes a revised version of the Solicitation Order (the "**Revised Solicitation Order**") as Exhibit B, and for the convenience of parties in interest, attached hereto as Exhibit C is a blackline comparing the Revised Solicitation Order to the Original Solicitation Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Revised Disclosure Statement and the Revised Solicitation Order for the Court's consideration at the hearing currently scheduled for May 15, 2015 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>         May 12, 2015 | */s/ Ryan M. Bartley*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton (No. 3856)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:    (302) 571-6600<br>Fax:   (302) 571-1253<br>Email: emorton@ycst.com<br>           jbarry@ycst.com<br>           rbartley@ycst.com<br><br>-and- |

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Jasmine Ball
Craig A. Bruens
919 Third Avenue
New York, New York 10022
Tel:   (212) 909-6000
Fax:   (212) 909-6836
Email: nlabovitz@debevoise.com
       jball@debevoise.com
       cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*

01:17085788.3