IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 15, 2015 AT 10:00 A.M. (ET)**

**CONTESTED MATTERS GOING FORWARD**

1. Debtors' Motion for Order Approving the Disclosure Statement and Granting Related Relief [D.I. 338, 3/30/15]

    Objection Deadline:   April 28, 2015 at 4:00 p.m. (ET)

    Related Documents:

        a)    Notice of Hearing to Consider Adequacy of Disclosure Statement [D.I. 336, 3/30/15]

        b)    Joint Chapter 11 Plan of Altegrity, Inc., *et al.* [D.I. 515, 5/12/15]

        c)    Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 516, 5/12/15]

        d)    Notice of Filing of Blacklines of the Debtors' Revised Joint Chapter 11 Plan of Altegrity, Inc., *et al*., and the Accompanying Disclosure Statement [D.I. 517, 5/12/15]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258).  The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

[2] **Amendments appear in bold.**

01:17049006.4

    e)    **Debtors' Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting Debtors Leave and Permission to File a Reply in Support of Debtors' Motion for an Order Approving the Disclosure Statement and Granting Related Relief [D.I. 519, 5/13/15]**

    f)    **Debtors' Omnibus Reply to Objections to the Debtors' Proposed Disclosure Statement and Related Solicitation Procedures [D.I. 520, 5/13/15]**

Objections Filed:

    a)    Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 476, 4/28/15]

    b)    Bank Alkhair B.S.C. and Dar Al Arkan Real Estate Development Company's Objections to the Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 477, 4/28/15]

    c)    Notice of Filing of *Corrected* Exhibit 4 to the Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 478, 4/28/15]

    d)    Response of James P. Fisher [D.I. 388, 4/15/15]

    e)    Letter Response from Lawrence M. Taylor [D.I. 509, 4/29/15]

    f)    Informal Comments from the United States Trustee

Status: This matter will be will be going forward. Items (d) and (f) have been resolved. The Debtors have made revisions that they believe have resolved item (b) but are awaiting confirmation and will file an amended agenda promptly after receipt. The parties are working to resolve items (a) and (c). Item (e) is going forward.

2. Debtors' Motion for Order (A) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (I) Approving Form and Manner of Solicitation Procedures, (II) Approving the Form and Notice of the Confirmation Hearing, (III) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (IV) Approving Forms of Ballots, (V) Establishing Deadline for Receipt of Ballots and (VI) Approving Procedures for Vote Tabulations; (B) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan and (C) Granting Related Relief [D.I. 385, 4/14/15]

Objection Deadline:   April 28, 2015 at 4:00 p.m. (ET)

Objections Filed:

01:17049006.4

a)  Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 476, 4/28/15]

b)  Notice of Filing of *Corrected* Exhibit 4 to the Objection of Thomas Karaniewsky and Angela Rodriquez, on Behalf of Themselves and Others Similarly Situated, to Approval of the Debtors' Proposed Disclosure Statement [D.I. 478, 4/28/15]

c)  Informal Comments of the United States Trustee

Status: This matter will be will be going forward.  Item (c) has been resolved.  The parties are working to resolve items (a) and (b). .

Dated:   Wilmington, Delaware
         May 13, 2015

*/s/ Edmon L. Morton*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:  (302) 571-6600
Fax:  (302) 571-1253
Email: emorton@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Jasmine Ball
Craig A. Bruens
919 Third Avenue
New York, New York 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6836
Email: nlabovitz@debevoise.com
       jball@debevoise.com
       cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*

01:17049006.4