# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered<br>Ref. Nos. 532 and 533 |

## NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER CONFIRMATION OF THE PLAN

**PLEASE TAKE NOTICE** that the previously scheduled hearing to consider confirmation of the *Joint Chapter 11 Plan* (the "Plan") [Docket No. 532] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") has been adjourned (the "Adjournment") to commence on July 15, 2015 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Adjournment does not affect any deadline previously established in the Debtors' chapter 11 cases, including, but not limited to, those pertaining to confirmation of the Plan.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

01:17306492.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>June 26, 2015 | */s/ Edmon L. Morton*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton (No. 3856)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br>Email: emorton@ycst.com<br>         jbarry@ycst.com<br>         rbartley@ycst.com<br><br>-and-<br><br>**DEBEVOISE & PLIMPTON LLP**<br>M. Natasha Labovitz<br>Jasmine Ball<br>Craig A. Bruens<br>919 Third Avenue<br>New York, New York 10022<br>Tel:   (212) 909-6000<br>Fax:  (212) 909-6836<br>Email: nlabovitz@debevoise.com<br>         jball@debevoise.com<br>         cabruens@debevoise.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |