## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALTEGRITY, INC., *et al.*,[1] | Case No. 15-10226 (LSS) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

I, Tim Braun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 26, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served 1) in the manners set forth on the Core/2002 Service List attached hereto as **Exhibit A** and 2) in the manners set forth on the Objecting Parties Service List attached hereto as **Exhibit B**:

- Notice of Adjournment of Hearing to Consider Confirmation of the Plan [Docket No. 680]

On June 26, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manners set forth on the Fee Application Service List attached hereto as **Exhibit C**:

- Notice of Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 1, 2015 through May 31, 2015 [Docket No. 682]

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

Dated: June 30, 2015

Tim Braun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 30, 2015, by Tim Braun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

CHRISTINA PULLO
Notary Public, State of New York
No. 02PU6288253
Qualified in Nassau County
Commission Expires September 3, 20___

2

SRF 3174

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Amber Lambert | #181498<br>P.O. Box 88550<br>Pearl MS 39288 | | First Class Mail |
| Interested Party | Ann Arias | #281129<br>P.O. Box 3000<br>Goodyear AZ 85395 | | First Class Mail |
| Counsel to Providence Equity Partners, LLC, Providence Equity Partners VI LP, and Providence Equity Partners VI-A LP | Ashby & Geddes, PA | William P. Bowden<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington DE 19899 | wbowden@ashby-geddes.com | First Class Mail and Email |
| Counsel to Arapahoe County Treasurer | Assistant Arapahoe County Attorney | George Rosenberg, Esq.<br>5334 S Prince Street<br>Littleton CO 80166 | kmetzger@arapahoegov.com<br>wrossman@arapahoegov.com | First Class Mail and Email |
| Counsel to Insight Enterprises, Inc. | Ballard Spahr LLP | Grant L. Cartwright, Esquire & Craig Solomon Ganz, Esquire<br>1 East Washington Street, Suite 2300<br>Phoenix AZ 85004-2555 | cartwrightg@ballardspahr.com<br>ganzc@ballardspahr.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Bayard, PA | Neil B. Glassman, Esq. & GianClaudio Finizio, Esq.<br>222 Delaware Avenue, Suite 900<br>Wilmington DE 19801 | nglassman@bayardlaw.com<br>gfinizio@bayardlaw.com | First Class Mail and Email |
| Interested Party | Bernadine Dohrn | 3151 Litton Rd.<br>Chillicothe MO 64601 | | First Class Mail |
| Counsel to Cisco Systems Capital Corporation ("Cisco Capital") | Bialson, Bergen & Schwab,a Professional Corporation | Lawrence M. Schwab, Esq., Thomas M. Gaa, Esq., Gaye N. Heck Esq .<br>2600 El Camino Real, Suite 300<br>Palo Alto CA 94306 | Tgaa@bbslaw.com | First Class Mail and Email |
| Interested Party | BMC Group, Inc. | Attn: T Feil<br>300 Continental Boulevard #570<br>El Segundo CA 90245 | tfeil@bmcgroup.com | First Class Mail and Email |
| Counsel to the Borough of Grove City | Borough of Grove City | Raymond Bartholomew<br>701 N. Hermitage Rd., Ste 12<br>Hermitage PA 16148 | bmnlaw@live.com | First Class Mail and Email |
| Counsel to SAP America, Inc. | Brown & Connery, LLP | Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury NJ 08096 | dludman@brownconnery.com | First Class Mail and Email |
| Counsel to Creditors, Oracle America, Inc and Oracle Credit Corporation | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to FDC Office I, LLC | Burns, Wall and Mueller, PC | Robert T. Cosgrove, Esq.<br>303 East 17th Avenue, Suite 800<br>Denver CO 80203 | rcosgrove@bwsm.com | First Class Mail and Email |
| Counsel for Banc of America Leasing & Capital LLC | Capehart & Scatchard, P.A. | William G. Wright, Esq.<br>8000 Midlantic Drive<br>Suite 300 S<br>Mt. Laurel NJ 08054 | wwright@capehart.com | First Class Mail and Email |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Commonwealth of Pennsylvania, Department of Revenue | Kathleen G. Kane, Attorney General<br>Office of Attorney General<br>21 S 12th Street, 3rd Floor<br>Philadelphia PA 19107-3603 | crmomjian@attorneygeneral.gov | First Class Mail and Email |
| Counsel to County of Loudon, Virginia | County of Loudon, Virginia | Leo P. Rogers, County Attorney<br>One Harrison Street, SE, 5th Floor<br>P.O. Box 7000<br>Leesburg VA 20177-7000 | belkys.escobar@loudoun.gov | First Class Mail and Email |
| Counsel to Debtors | Debevoise & Plimpton LLP | M Natasha Labovitz, Esq.<br>919 Third Avenue<br>New York NY 10022 | nlabovit@debevoisecom<br>jball@debevoisecom<br>avbondarenko@debevoisecom<br>cabruens@debevoisecom | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept<br>Carvel State Office Bldg.<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>P.O. Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd. Ste. 100<br>Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to the Dow Chemical Company and its subsidiaries and affiliates | Dilworth Paxson LLP | Martin J. Weis<br>One Customs House - Suite 500, 704 King Street<br>P.O. Box 1031<br>Wilmington DE 19899-1031 | mweis@dilworthlaw.com | First Class Mail and Email |
| Counsel to the Dow Chemical Company and its subsidiaries and affiliates | Dilworth Paxson LLP | Scott J. Freedman, Anne Marie P. Kelley<br>457 Haddonfield Road, Suite 700<br>Cherry Hill NJ 08002 | sfreedman@dilworthlaw.com | First Class Mail and Email |
| Counsel to Wilmington Trust, Indenture Trustee for each of the Debtors' Outstanding Bonds | Dorsey & Whitney | Steven J. Heim<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis MN 55402-1498 | heim.steven@dorsey.com | First Class Mail and Email |
| Counsel to US Bank National Association, as Successor Indenture Trustee | Dorsey & Whitney (Delaware) LLP | Eric Lopez Schnabel, Robert W. Mallard & Alessandra Glorioso<br>300 Delaware Avenue, Suite 1010<br>Wilmington DE 19801 | schnabel.eric@dorsey.com<br>mallard.robert@dorsey.com<br>glorioso.alessandra@dorsey.com | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | r3public@epa.gov | First Class Mail and Email |
| Counsel for TALX Corporation | Equifax Legal Department | Troy G. Kubes, Vice President & Group Counsel<br>1550 Peachtree Street<br>Atlanta GA 30309-2403 | troy.kubes@equifax.com | First Class Mail and Email |
| Counsel to Federal Home Loan Mortgage Corporation | Federal Home Loan Mortgage Corporation | Kenton W Hambrick, Esquire, Associate General Counsel<br>8200 Jones Branch Drive<br>McLean  VA 22102-3110 | Kenton_Hambrick@freddiemac.com | First Class Mail and Email |
| Counsel to BOKF, NA, solely in its capacity as Successor Indenture Trustee | Foley & Lardner LLP | Harold L. Kaplan, Mark F. Hebbeln & Lars A. Peterson<br>321 North Clark Street, Suite 2800<br>Chicago IL 60654-5313 | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com | First Class Mail and Email |
| Counsel to Experian Information Solutions, Inc & Jones Lang LaSalle Americas, Inc. | FrankGecker LLP | Joseph D. Frank & Reed Heiligman<br>325 North LaSalle Street, Suite 625<br>Chicago IL 60654 | jfrank@fgllp.com<br>rheiligman@fgllp.com | First Class Mail and Email |
| Interested Party | Frederick Banks | P.O. Box 5003<br>Coalinga CA 93210 | | First Class Mail |
| Interested Party | GE Information Technology Solutions, Inc f/d/b/a IKON Financial Services | Christine R. Etheridge<br>Bankruptcy Administration<br>1738 Bass Road, P.O. Box 13708<br>Macon GA 31208-3708 | | First Class Mail |
| Counsel to Phoenix Investment Adviser LLC | Gibbons PC | Attn: Karen A Giannelli<br>One Gateway Center<br>Newark NJ 07102-5310 | kgiannelli@gibbonslaw.com | First Class Mail and Email |
| Counsel to Phoenix Investment Adviser LLC | Gibbons PC | Attn: Natasha M Songonuga<br>1000 N. West Street, Suite 1200<br>Wilmington DE 19801-1058 | nsongonuga@gibbonslaw.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to US Bank National Association, as Successor Indenture Trustee | Gibson, Dunn & Crutcher LLP | Matthew J. Williams & Keith R. Martorana<br>200 Park Avenue<br>New York NY 10166-0193 | mjwilliams@gibsondunn.com<br>kmartorana@gibsondunn.com | First Class Mail and Email |
| Creditor IBM Corporation | IBM Corporation | Attn: Bankruptcy Coordinator<br>275 Viger East<br>Suite 400<br>Montreal QC H2X 3R7 CA | rogerl@ca.ibm.com | First Class Mail and Email |
| IRS | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market St.<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel for Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan<br>One Federal Street<br>Boston MA 02110 | Bankruptcy2@ironmountain.com | First Class Mail and Email |
| Interested Party | Jimmy J. Teal | 518 George Rd.<br>Toms River NJ 08753 | | First Class Mail |
| Interested Party | Kaml Karna Roy | 3550 Hwy 468 W.<br>Whitfield MS 39193 | | First Class Mail |
| Counsel to Novartis Pharmaceuticals Corporation | Kaye Scholer LLP | D. Tyler Nurnberg & Elise A. Neveau<br>70 West Madison Street, Suite 4200<br>Chicago IL 60602 | tyler.nurnberg@kayescholer.com<br>elise.neveau@kayescholer.com | First Class Mail and Email |
| Counsel to Novartis Pharmaceuticals Corporation | Kaye Scholer LLP | Jeffrey Fuisz<br>250 West 55th Street<br>New York NY 10019 | jeffrey.fuisz@kayescholer.com | First Class Mail and Email |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee | Kilpatrick Townsend & Stockton LLP | Shane G. Ramsey, Esq.<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | sramsey@kilpatricktownsend.com | First Class Mail and Email |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee | Kilpatrick Townsend & Stockton LLP | Todd C. Meyers, Esq.<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309-4530 | tmeyers@kilpatricktownsend.com | First Class Mail and Email |
| Counsel for the Ad Hoc Group of Holders of Senior Priority Debt | Kirkland & Ellis LLP | Patrick J. Nash, Justin R. Bernbrock & Ryan P. Dahl<br>300 North LaSalle<br>Chicago IL 60654 | justin.bernbrock@kirkland.com<br>rdahl@kirkland.com<br>patrick.nash@kirkland.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders | Landis Rath & Cobb LLP | Attn: Richard S Cobb and Matthew B McGuire<br>919 Market Street, Suite 1800<br>Wilmington DE 19899 | cobb@lrclaw.com<br>mcguire@lrclaw.com | First Class Mail and Email |
| Counsel to the Goldman Sachs, Agent for the Debtors' Prepetition Secured Credit Facility | Latham & Watkins LLP | Adam J. Goldberg & R. Andrew Westgate<br>885 Third Avenue<br>New York NY 10022-4834 | adam.goldberg@lw.com<br>andrew.westgate@lw.com | First Class Mail and Email |
| Counsel to the Goldman Sachs, Agent for the Debtors' Prepetition Secured Credit Facility | Latham & Watkins LLP | Richard A. Levy<br>330 North Wabash Avenue, Suite 2800<br>Chicago IL 60611 | richard.levy@lw.com | First Class Mail and Email |
| Counsel for Terramar Retail Centers, LLC | Law Offices of Todd R. Gabriel | Todd R. Gabriel, Esq.<br>3525 Del Mar Heights Rd.<br>Suite 240<br>San Diego CA 92130-2122 | tgabriel@trg-legal.com | First Class Mail and Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas TX 75207 | dallas.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman<br>Post Office Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | First Class Mail and Email |

In re Altegrity, Inc., *et al.*
Case No. 15-10226 (LSS)

Page 3 of 6

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Interested Parties Thomas Karaniewsky and Angela Rodriguez | Loizides, PA | Christopher D. Loizides<br>1225 King Street, Suite 800<br>Wilmington DE 19801 | loizides@loizides.com | First Class Mail and Email |
| Counsel for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R. Doshi, Esq.<br>23 Green Street<br>Suite 302<br>Huntington NY 11743 | adoshi@magnozzikye.com | First Class Mail and Email |
| Counsel to The County of Bastrop, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Lee Gordon<br>P.O. Box 1269<br>Round Rock TX 78680 | | First Class Mail |
| Counsel to PacerPro, Inc. | McGrane LLP | Gavin McGrane<br>4 Embarcadero Center, Suite 1400<br>San Francisco CA 94111 | gavin.mcgrane@mcgranellp.com | First Class Mail and Email |
| Counsel to the Missouri Department of Revenue | Missouri Department of Revenue | Attention: Steven A Ginther<br>Bankruptcy Unit<br>P.O. Box 475<br>Jefferson County MO 65105-0475 | | First Class Mail |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark S. Kenney<br>844 King St. Ste. 2207<br>Lockbox 35<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | Overnight Mail and Email |
| Creditor Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania | Linda Mitten<br>Collections Support Unit<br>651 Boas Street, Room 700<br>Harrisburg PA 17124 | ra-li-ucts-bankrupt@state.pa.us | First Class Mail and Email |
| Counsel to CESC Commerce Executive Park, LLC | Offit Kurman, PA | Bryn H. Sherman, Esq. & Stephen Nichols, Esq.<br>4800 Montgomery Lane<br>9th Floor<br>Bethesda MD 20814 | bsherman@offitkurman.com<br>snichols@offitkurman.com | First Class Mail and Email |
| Counsel to CESC Commerce Executive Park, LLC | Offit Kurman, PA | Curtis A. Hehn, Esq.<br>1201 North Orange St.<br>Suite 7257<br>Wilmington DE 19801 | chehn@offitkurman.com | First Class Mail and Email |
| Counsel to Oklahoma Tax Commission | Oklahoma Tax Commission | Sean R. McFarland, Assistant General Counsel<br>120 N. Robinson, Suite 2000W<br>Oklahoma City OK 73102-7801 | SMcFarland@tax.ok.gov | First Class Mail and Email |
| Interested Party | Oskar Groning | 7950 Jones Branch Dr.<br>McLean  VA 22108 | | First Class Mail |
| Counsel to Interested Parties Thomas Karaniewsky and Angela Rodriguez | Outten & Golden LLP | Jack A. Raisner & René S. Roupinian<br>3 Park Avenue, 29th Floor<br>New York NY 10016 | jar@outtengolden.com<br>rsr@outtengolden.com | First Class Mail and Email |
| Counsel to the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders and Cantor Fitzgerald Securities, the DIP Agent | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Brian S. Herman, Diane Meyers, Rebecca R. Cohen & Ann K. Young<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | bherrmann@paulweiss.com<br>rcohen@paulweiss.com<br>dmeyers@paulweiss.com<br>arosenberg@paulweiss.com<br>ayoung@paulweiss.com | First Class Mail and Email |
| Counsel to Federal Home Loan Mortgage Corporation | Reed Smith LLP | J. Cory Falgowski, Esquire<br>1201 Market Street, Suite 1500<br>Wilmington DE 19801 | jfalgowski@reedsmith.com | First Class Mail and Email |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee | Reed Smith LLP | Kurt F. Gwynne, Esq.<br>1201 Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | First Class Mail and Email |
| Counsel to Mandiant, LLC | Reed Smith LLP | Kurt F. Gwynne, Esquire & Bernard C. Devieux, Esquire<br>1201 N. Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>bdevieux@reedsmith.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Goldman Sachs, Agent for the Debtors' Prepetition Secured Credit Facility | Richards, Layton & Finger, PA | Mark D. Collins & Amanda R. Steele<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | collins@rlf.com<br>steele@rlf.com | First Class Mail and Email |
| Counsel to Drexel University | Schnader Harrison Segal & Lewis LLP | Richard A. Barkasy<br>824 N. Market Street, Suite 800<br>Wilmington DE 19801 | rbarkasy@schnader.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F St. NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street Ste. 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYRObankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd. Ste. 520<br>Philadelphia PA 19103 | philadelphia@sec.gov<br>secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to Delaware Trust Company, as Successor Indenture Trustee for the 12 00% Senior Notes and 1050% Senior Notes | Seward & Kissel LLP | John R. Ashmead, Esq. & Catherine V. LoTempio, Esq.<br>One Battery Park Plaza<br>New York NY 10004 | ashmead@sewkis.com<br>lotempio@sewkis.com | First Class Mail and Email |
| Counsel to the Texas Comptroller of Public Accounts | State of Texas Attorney General | John Mark Stern, Assistant Attorney General<br>Bankruptcy & Collections Division MC 008<br>P.O. Box 12548<br>Austin TX 78711-2548 | John.Stern@texasattorneygeneral.gov | Overnight Mail and Email |
| Counsel to State of Wisconsin, Department of Transportation | State of Wisconsin Attorney General's Office | Brad D. Schimel & F. Mark Bromley<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison WI 53707-7857 | bromleyfm@doj.state.wi.us | First Class Mail and Email |
| Counsel for Tennessee Department of Revenue | TN Dept of Revenue | Herbert H. Slatery III<br>c/o TN Attorney General's Office, Bankruptcy Divison<br>PO Box 20207<br>Nashville TN 37202-0207 | AGBankDelaware@ag.tn.gov | Overnight Mail and Email |
| Counsel to Phoenix Investment Adviser LLC | Togut, Segal & Segal LLP | Jeffrey G. Gleit, Esq & Brian F. Moore, Esq.<br>One Penn Plaza, Suite 3335<br>New York NY 10119 | bmoore@teamtogut.com | First Class Mail and Email |
| Counsel to United States of America | United States of America | Benjamin Mizer & John T. Stemplewicz<br>Department of Justice, Commercial Litigation Branch, Civil Division<br>1100 L Street, NW<br>Washington DC 20530 | victor.w.zhao@usdoj.gov | Overnight Mail and Email |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange St. Ste. 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| US Office of Personnel Management | US Office of Personnel Management | Attn: Bankruptcy Dept<br>1900 E Street, NW,<br>Washington DC 20415-1000 | retire@opm.gov | First Class Mail and Email |
| Interested Party | Wayde R. Albright | #LD2583<br>301 Institution Drive<br>Bellefonte PA 16823 | | First Class Mail |
| Counsel to Providence Equity Partners, LLC, Providence Equity Partners VI LP, and Providence Equity Partners VI-A LP | Weil Gotshal & Manges LLP | Marcia Goldstein, Jacqueline Marcus & Amy Price<br>767 Fifth Avenue<br>New York NY 10153 | marcia.goldstein@weil.com<br>jacqueline.marcus@weil.com<br>amy.price@weil.com | First Class Mail and Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Wilmer Cutler Pickering Hale and Dorr LLP | Dennis L. Jenkins & Andrew Goldman, Esq.<br>60 State Street<br>Boston MA 02109 | dennis.jenkins@wilmerhale.com | First Class Mail and Email |
| Counsel for the Ad Hoc Group of Holders of Senior Priority Debt | Womble Carlyle Sandridge & Rice LLP | Attn: Mark L. Desgrosseilliers & Matthew P. Ward<br>222 Delaware Avenue, Suite 1501<br>Wilmington DE 19801 | mdesgrosseilliers@wcsr.com<br>maward@wcsr.com | First Class Mail and Email |
| Counsel to Debtors | Young Conaway Stargatt & Taylor LLP | Edmon L Morton Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | emorton@ycstcom | Email |

**<u>Exhibit B</u>**

## Exhibit B

Objecting Parties Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Department of Revenue, State of LA | Florence Bonaccorso-Saenz<br>Bankruptcy Counsel, Collections Division<br>617 N. Third St., Office 780<br>Baton Rouge LA 70802 | Florence.Saenz@la.gov | Overnight Mail and Email |
| Hiller & Arban, LLC | Adam Hiller, Brian Arban, Johnna Darby<br>1500 N. French Street<br>2nd Floor<br>Wilmington DE 19801 | barban@hillerarban.com<br>ahillerhillerarban.com | Overnight Mail and Email |
| Langer, Grogan & Diver, PC | Irv Ackelsberg, Esq<br>1717 Arch Street<br>Suite 4130<br>Philadelphia PA 19103 | iackelsberg@langergrogan.com | Overnight Mail and Email |
| Lewis, Feinberg, Lee & Jackson, P.C. | Catha Worthman<br>476 9th Street<br>Oakland CA 94607 | | Overnight Mail |
| The Rosener Law Group LLC | Frederick B. Rosner, Scott J. Leonhardt<br>824 N. Market Street<br>Suite 810<br>Wilmington DE | rosner@teamrosner.com<br>leonhardt@teamrosner.com | Overnight Mail and Email |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb, Melissa S. Giberson<br>52 E. Gay Street<br>Columbus OH 43215 | tscobb@vorys.com | Overnight Mail and Email |
| Wilentz, Goldman & Spitzer, P.A. | David H. Stein, Esq.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge NJ 07095 | | Overnight Mail |

**Exhibit C**

Exhibit C
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Debtors | Altegrity, Inc. | Attn: Jeffrey Campbell<br>7799 Leesburg Pike, Suite 1100 North<br>Falls Church VA 22043 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Bayard, PA | Neil B. Glassman, Esq. & GianClaudio Finizio, Esq.<br>222 Delaware Avenue, Suite 900<br>Wilmington DE 19801 | nglassman@bayardlaw.com<br>gfinizio@bayardlaw.com | First Class Mail and Email |
| Counsel to Debtors | Debevoise & Plimpton LLP | M Natasha Labovitz, Esq.<br>919 Third Avenue<br>New York NY 10022 | nlabovit@debevoise.com<br>jball@debevoise.com<br>avbondarenko@debevoise.com<br>cabruens@debevoise.com | First Class Mail and Email |
| Counsel for the Ad Hoc Group of Holders of Senior Priority Debt | Kirkland & Ellis LLP | Patrick J. Nash, Justin R. Bernbrock & Ryan P. Dahl<br>300 North LaSalle<br>Chicago IL 60654 | justin.bernbrock@kirkland.com<br>rdahl@kirkland.com<br>patrick.nash@kirkland.com | First Class Mail and Email |
| Counsel for Wilmington Trust, National Association, as Indenture Trustee | Landis Rath & Cobb LLP | Andrew Goldman<br>7 World Trade Center<br>250 Grennwich Street<br>New York NY 10007 | | First Class Mail and Email |
| Counsel to the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders | Landis Rath & Cobb LLP | Attn: Richard S Cobb and Matthew B McGuire<br>919 Market Street, Suite 1800<br>Wilmington DE 19899 | cobb@lrclaw.com<br>mcguire@lrclaw.com | First Class Mail and Email |
| United States Trustee District of Delaware | Office of the United States Trustee | Mark S. Kenney<br>844 King St. Ste. 2207<br>Lockbox 35<br>Wilmington DE 19801 | mark.kenney@usdoj.gov | Overnight Mail and Email |
| Counsel to the Ad Hoc Group of Unaffiliated Second and Third Lien Lenders and Cantor Fitzgerald Securities, the DIP Agent | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Andrew N. Rosenberg, Brian S. Herman, Diane Meyers, Rebecca R. Cohen & Ann K. Young<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | bhermann@paulweiss.com<br>rcohen@paulweiss.com<br>dmeyers@paulweiss.com<br>arosenberg@paulweiss.com<br>ayoung@paulweiss.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Wilmer Cutler Pickering Hale and Dorr LLP | Dennis L. Jenkins & Andrew Goldman, Esq.<br>60 State Street<br>Boston MA 02109 | dennis.jenkins@wilmerhale.com | First Class Mail and Email |
| Counsel for the Ad Hoc Group of Holders of Senior Priority Debt | Womble Carlyle Sandridge & Rice LLP | Attn: Mark L. Desgrosseilliers & Matthew P. Ward<br>222 Delaware Avenue, Suite 1501<br>Wilmington DE 19801 | mdesgrosseilliers@wcsr.com<br>maward@wcsr.com | First Class Mail and Email |
| Counsel to Debtors | Young Conaway Stargatt & Taylor LLP | Edmon L Morton Esq.<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 | emorton@ycst.com | First Class Mail and Email |