**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ALTEGRITY, INC., *et al.*,[1] | Case No. 15-10226 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 15, 2015 AT 10:00 A.M. (ET)**

---

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN**
**CANCELLED AT THE DIRECTION OF THE COURT.**

---

## ADJOURNED MATTERS

1.      Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 532, 5/16/15]

    Objection Deadline:    June 19, 2015 at 4:00 p.m. (ET)

    Related Documents:

    a)      Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 533, 5/16/15]

    b)      Notice of (A) Approval of Disclosure Statement, (B) Deadline for Voting on the Plan, (C) Hearing to Consider Confirmation of the Plan and (D) Deadline for Filing Objections to Confirmation of the Plan [D.I. 562, 5/26/15]

    c)      Affidavit of Publication [D.I. 588, 6/4/15]

    d)      Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 641, 6/16/15]

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

[2]      **Amendments appear in bold.**

e)    First Supplement to the Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 663, 6/19/15]

Objections Filed:

a)    Texas Comptroller of Public Accounts' Objection to Confirmation of Joint Chapter 11 Plan of Altegrity, Inc. et al. [D.I. 650, 6/18/15]

b)    United States' Objection to Confirmation [D.I. 654, 6/19/15]

c)    Objection to Confirmation of Joint Chapter 11 Plan by Carrie Wirt, Class Action Plaintiff [D.I. 655, 6/19/15]

d)    Tennessee Department of Revenue's Objection to Confirmation of Debtors' Joint Chapter 11 Plan [D.I. 656, 6/19/15]

e)    Louisiana Department of Revenue's Objection to Confirmation of Chapter 11 Plan [D.I. 657, 6/19/15]

f)    Oracle's Reservation of Rights Regarding Debtors' Joint Chapter 11 Plan of Altegrity, Inc. *et al*. ("Rights Reservation") [D.I. 658, 6/19/15]

g)    Reservation of Rights by Banc of America Leasing & Capital LLC Regarding Debtors' Joint Plan [D.I. 661, 6/19/15]

h)    United States Trustee's Objection to Confirmation of Joint Chapter 11 Plan of Altegrity, Inc., et al.  [D.I. 671, 6/22/15]

i)    Objection by Bus Driver Plaintiffs to Confirmation of Debtors' Joint Chapter 11 Plan [D.I. 673, 6/23/15]

j)    Limited Objection of CBCInnovis, Inc. and FD Holdings, LLC to Plan Supplement and First Supplement to Plan Supplement [D.I. 676, 6/25/15]

k)    Objection of Fairfield Property Associates, LLC to Debtors' Proposed Cure Amount [D.I. 678, 6/25/15]

l)    Objection of Verizon Communications Inc., and its Subsidiaries to Proposed Cure Amounts in Notice Regarding (A) Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned, (B) Proposed Cure Amounts, and (C) Related Procedures [D.I. 683, 6/26/15]

m)    Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Cure Amount Related to the Proposed Assumption and Assignment of Salesforce.com, Inc.'s Executory Contracts Pursuant to the Joint Chapter 11 Plan of Altegrity, Inc. [D.I. 685, 6/26/15]

n)    The Travelers Indemnity Company's Statement in Support and Clarification of the Debtors' Proposed Assumption of Insurance Programs in Connection with Confirmation of the joint Chapter 11 Plan of Altegrity, Inc. [D.I. 722, 7/6/15]

o)      Limited Objection of LexisNexis Creditors to Proposed Cure Amounts Pursuant to Altegrity,Inc.'s Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 725, 7/8/15]

p)      Liberty Mutual Insurance Company's Reservation of Rights with Respect to the Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan and the Notices Regarding (A) Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned, (B) Proposed Cure Amounts, and (C) Related Procedures [D.I. 733, 7/10/15]

q)      Informal comments of Spencer Hoyt

Status: This matter will be adjourned to July 31, 2015 at 9:30 a.m. (ET).

2.      Debtors' Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) [D.I. 572, 5/29/15]

Objection Deadline:   June 12, 2015 at 4:00 p.m. (ET), extended to June 30, 2015

Related Documents:

a)      Declaration of David R. Fontaine in Support of Debtors' Second Objection to Certain Claims Related to Pending Litigation (Substantive) [D.I. 576, 5/29/15]

Objections Filed:

a)      Response by Bus Driver Plaintiffs to: (A) Debtors' Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) and (B) Debtors' Motion for Entry of an Order Authorizing a Limited Waiver of the Requirements of Local Rules 3007-1(f)(i) With Respect to the Debtors' Second Motion to Certain Claims Related to Pending Litigation (Substantive) [D.I. 684, 6/26/15]

Status: This matter will be adjourned by agreement to August 18, 2015 at 11:00 a.m. (ET).

3.  Debtors' Motion for Entry of an Order Authorizing a Limited Waiver of the Requirements of Local Rule 3007-1(f)(i) with Respect to the Debtors Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) [D.I. 573, 5/29/15]

    Objection Deadline:   June 12, 2015 at 4:00 p.m. (ET)

    Objections Filed:

        a)   Response by Bus Driver Plaintiffs to: (A) Debtors' Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) and (B) Debtors' Motion for Entry of an Order Authorizing a Limited Waiver of the Requirements of Local Rules 3007-1(f)(i) With Respect to the Debtors' Second Motion to Certain Claims Related to Pending Litigation (Substantive) [D.I. 684, 6/26/15]

    Status: This matter will be adjourned by agreement to August 18, 2015 at 11:00 a.m. (ET).

4.  Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016 and Local Rule 2014-1 for Authorization to Retain and Employ Berkeley Research Group, LLC as Successor Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to June 1, 2015 [D.I. 632, 6/15/15]

    Objection Deadline:   June 30, 2015 at 4:00 p.m. (ET), extended for the Debtors to July 14, 2015 at 9:30 a.m. (ET)

    Objections Filed:      None

    Status: The Debtors have requested additional information from the Committee on this matter and have reserved rights pending receipt of such information.  This matter will be adjourned by agreement to July 31, 2015 at 9:30 a.m. (ET).

5.  Thomas Karaniewsky and Angela Rodriguez, on behalf of Themselves and All Others Similarly Situated v. Altegrity, Inc., Altegrity Acquisition Corp., Altegrity Holdings Corp., and US Investigations Services, LLC, Adv. No. 15-50204

    Related Documents:

        a)   Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Related Relief [D.I. 22, 4/13/15]

        b)   Plaintiffs' Motion for Class Certification and Related Relief [D.I. 25, 4/16/15]

        c)   Order Granting in Part, Denying in Part Plaintiffs' Motion for Class Certification and Related Relief [D.I. 41, 6/11/15]

        d)   Affidavit of Mailing of Notice of WARN Class Action and Hearing on Dismissal of Certain Claims [D.I. 42, 6/19/15]

e)  Declaration of Class Counsel Concerning Class Members Who Have Opted Out of the Class or Objected to Dismissal of Certain Claims [D.I. 48, 7/13/15]

Objections Filed:

a)  Tyrone Steele's Objection to Dismissal [D.I. 43, 6/23/15]

b)  David Scott McBride's Objection to Dismissal [D.I. 44, 6/26/15]

c)  Larry B. Kent's Objection to Dismissal [D.I. 45, 6/30/15]

d)  Edward L. Layfield's Objection to Dismissal [D.I. 46, 7/1/15]

e)  Aaron LaCabe's Objection to Dismissal [D.I. 47, 7/2/15]

Status: This matter will be adjourned by agreement to July 31, 2015 at 9:30 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

6.  Debtors' First Omnibus Objection to Certain No-Documentation Claims (Non-Substantive) [D.I. 571, 5/29/15]

Objection Deadline:  June 12, 2015 at 4:00 p.m. (ET)

Related Documents:

a)  Declaration of Carrianne J.M. Basler in Support of Debtors' First Objection to Certain No-Documentation Claims (Non-Substantive) [D.I. 577, 5/30/15]

b)  Certificate of No Objection [D.I. 687, 6/29/15]

c)  Proposed Order

Objections Filed:     None

Status: **This matter will be adjourned by agreement to August 18, 2015 at 11:00 a.m. (ET).**

7.    First Quarterly Fee Requests [See Schedule 1, attached hereto]

Objection Deadline:    June 30, 2015 at 4:00 p.m. (ET)

Objections Filed:    None

Related Documents:

a)    See Schedule 1, attached

b)    Certification of Counsel [D.I. 736, 7/13/14]

Status: A proposed form of order has been submitted under certification of counsel.  **No hearing is required**.

Dated:    Wilmington, Delaware        /s/  Edmon L. Morton
July 14, 2015        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:    (302) 571-1253
Email:  emorton@ycst.com
        jbarry@ycst.com
        rbartley@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Jasmine Ball
Craig A. Bruens
919 Third Avenue
New York, New York 10022
Tel:    (212) 909-6000
Fax:    (212) 909-6836
Email:  nlabovitz@debevoise.com
        jball@debevoise.com
        cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*

## SCHEDULE 1

## FEE APPLICATION INDEX

A.  First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors and Debtors-in-Possession for the Period From February 8, 2015 Through and Including April 30, 2015 [D.I. 638, 6/15/15]

    1.  First Monthly Fee Application for the Period February 8, 2015 Through February 28, 2015 [D.I. 618, 6/11/15]

    2.  Certificate of No Objection [D.I. 716, 7/6/15]

    3.  Second Monthly Fee Application for the Period March 1, 2015 Through March 31, 2015 [D.I. 619, 6/11/15]

    4.  Certificate of No Objection [D.I. 717, 7/6/15]

    5.  Third Monthly Fee Application for the Period April 1, 2015 Through April 30, 2015 [D.I. 620, 6/11/15]

    6.  Certificate of No Objection [D.I. 718, 7/6/15]

    7.  Supplement to First Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 639, 6/15/15]

B.  First Interim Fee Application of Debevoise & Plimpton LLP as Co-Counsel for the Debtors and Debtors-in-Possession for the Period From February 8, 2015 Through and Including March 31, 2015 [D.I. 638, 6/15/15]

    1.  First Monthly Fee Application for the Period February 8, 2015 Through February 28, 2015 [D.I. 636, 6/15/15]

    2.  Certificate of No Objection [D.I. 727, 7/8/15]

    3.  Second Monthly Fee Application for the Period March 1, 2015 Through March 31, 2015 [D.I. 637, 6/15/15]

    4.  Certificate of No Objection [D.I. 728, 7/8/15]

    5.  Supplement to First Interim Fee Application of Debevoise & Plimpton LLP [D.I. 715, 7/6/15]

C.  First Interim Fee Application of AlixPartners, LLP as Restructuring Advisor for the Debtors for the Period From February 8, 2015 Through and Including April 30, 2015 [D.I. 638, 6/15/15]

    1.  First Monthly Fee Application for the Period February 8, 2015, Through February 28, 2015 [D.I. 358, 4/8/15]

2.      Certificate of No Objection [D.I. 492, 4/30/15]

3.      Second Monthly Fee Application for the Period March 1, 2015 Through March 31, 2015 [D.I. 514, 5/12/15]

4.      Certificate of No Objection [D.I. 583, 6/3/15]
5.      Third Monthly Fee Application for the Period April 1, 2015 Through April 30, 2015 [D.I. 612, 6/10/15]
6.      Certificate of No Objection [D.I. 709, 7/2/15]

D.      First Interim Fee Application of Evercore Group L.L.C., Debtors' Financial Advisor and Investment Banker, for the Period From February 8, 2015 Through and Including April 30, 2015 [D.I. 638, 6/15/15]

1.      First Application for the Period February 8, 2015 Through March 31, 2015  [D.I. 484, 4/29/15]

2.      Certificate of No Objection [D.I. 551, 5/21/15]

3.      Second Application for the Period April 1, 2015 Through April 30, 2015    [D.I. 615, 6/10/15]

4.      Certificate of No Objection [D.I. 710, 7/2/15]

E.      First Interim Fee Application of PricewaterhouseCoopers LLP as Independent Auditor and Financial Consultant to the Debtors for the Period From February 8, 2015 Through and Including April 30, 2015 [D.I. 638, 6/15/15]

1.      First Application for the Period February 8, 2015 Through February 28, 2015 [D.I. 395, 4/24/15]

2.      Certificate of No Objection [D.I. 513, 5/11/15]

3.      Second Application for the Period March 1, 2015 Through March 31, 2015 [D.I. 524, 5/14/15]

4.      Certificate of No Objection [D.I. 596, 6/5/15]

5.      Third Application for the Period April 1, 2015 Through April 40, 2015 [D.I. 613, 6/10/15]

6.      Certificate of No Objection [D.I. 711, 7/2/15, 5/13/15]

F.      First Interim Fee Application of Deloitte Financial Advisory Services LLP as Fresh-Start Accounting Services Provider to the Debtors for the Period From February 8, 2015 Through and Including April 30, 2015 [D.I. 638, 6/15/15]

1.      First Aggregate Monthly Fee Application for the Period February 8, 2015 Through March 31, 2015 [D.I. 581, 6/2/15]

2.      Certificate of No Objection [D.I. 688, 6/29/15]

3.      Second Monthly Application for the Period April 1, 2015 Through April 30, 2015 [D.I. 625, 6/12/15]

4.      Certificate of No Objection [D.I. 719, 7/6/15]

G.      First Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for the Period From February 8, 2015 Through and Including April 30, 2015 [D.I. 638, 6/15/15]

1.      Combined Monthly Application for the Period February 8, 2015 Through April 30, 2015 [D.I. 582, 6/2/154]

2.      Certificate of No Objection [D.I. 689, 6/29/15]

H.      First Interim Fee Application of Bayard, P.A. as Co-Counsel to the Official Committee of Unsecured Creditors [D.I. 634, 6/15/15]

1.      First Monthly Application for the Period March 10, 2015 Through April 30, 2015 [D.I. 545, 5/19/15]

2.      Certificate of No Objection [D.I. 614, 6/10/15]

I.      First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP, Lead Counsel to the Statutory Committee of Unsecured Creditors for the Period From February 24, 2015 Through April 30, 2015 [D.I. 635, 6/15/15]

1.      First Monthly Application for the Period February 24, 2015 Through March 31, 2015 [D.I. 523, 5/13/15]

2.      Certificate of No Objection [D.I. 591, 6/5/15]

3.      Second Monthly Application for the Period April 1, 2015 Through April 30, 2015 [D.I. 603, 6/8/15]

4.      Certificate of No Objection [D.I. 705, 7/1/15]

J.      First Interim Fee Application Request of Capstone Advisory Group, LLC and Capstone Valuation Services, LLC, Financial Advisor to the Official Committee of Unsecured Creditors for the Period From February 25, 2015 Through April 30, 2015 [D.I. 633, 6/15/15]

1.      First Monthly Application for the Period February 25, 2015 Through March 31, 2015 [D.I. 574, 5/29/15]
2.      Certificate of No Objection [D.I. 669, 6/22/15]

3.      Second Monthly Application for the Period April 1, 2015 Through April 30, 2015 [D.I. 631, 6/15/15]

4.      Certificate of No Objection [D.I. 729, 7/8/15]