**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 31, 2015 AT 9:30 A.M. (ET)**

**THE HEARING IS ADJOURNED TO AUGUST 14, 2015 AT 10:00A.M. (ET).**

**ADJOURNED MATTERS**

1.　　Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 532, 5/16/15]

　　　Objection Deadline:　June 19, 2015 at 4:00 p.m. (ET)

　　　Related Documents:

　　　　　a)　　Disclosure Statement for the Joint Chapter 11 Plan of Altegrity, Inc., *et al*. [D.I. 533, 5/16/15]

　　　　　b)　　Notice of (A) Approval of Disclosure Statement, (B) Deadline for Voting on the Plan, (C) Hearing to Consider Confirmation of the Plan and (D) Deadline for Filing Objections to Confirmation of the Plan [D.I. 562, 5/26/15]

　　　　　c)　　Affidavit of Publication [D.I. 588, 6/4/15]

　　　　　d)　　Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 641, 6/16/15]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

01:17375330.1

- e) First Supplement to the Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 663, 6/19/15]

- f) Second Supplement to the Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 765, 7/24/15]

Objections Filed:

- a) Texas Comptroller of Public Accounts' Objection to Confirmation of Joint Chapter 11 Plan of Altegrity, Inc. et al. [D.I. 650, 6/18/15]

- b) United States' Objection to Confirmation [D.I. 654, 6/19/15]

- c) Objection to Confirmation of Joint Chapter 11 Plan by Carrie Wirt, Class Action Plaintiff [D.I. 655, 6/19/15]

- d) Tennessee Department of Revenue's Objection to Confirmation of Debtors' Joint Chapter 11 Plan [D.I. 656, 6/19/15]

- e) Louisiana Department of Revenue's Objection to Confirmation of Chapter 11 Plan [D.I. 657, 6/19/15]

- f) Oracle's Reservation of Rights Regarding Debtors' Joint Chapter 11 Plan of Altegrity, Inc. *et al*. ("Rights Reservation") [D.I. 658, 6/19/15]

- g) Reservation of Rights by Banc of America Leasing & Capital LLC Regarding Debtors' Joint Plan [D.I. 661, 6/19/15]

- h) United States Trustee's Objection to Confirmation of Joint Chapter 11 Plan of Altegrity, Inc., et al. [D.I. 671, 6/22/15]

- i) Objection by Bus Driver Plaintiffs to Confirmation of Debtors' Joint Chapter 11 Plan [D.I. 673, 6/23/15]

- j) Limited Objection of CBCInnovis, Inc. and FD Holdings, LLC to Plan Supplement and First Supplement to Plan Supplement [D.I. 676, 6/25/15]

- k) Objection of Fairfield Property Associates, LLC to Debtors' Proposed Cure Amount [D.I. 678, 6/25/15]

- l) Objection of Verizon Communications Inc., and its Subsidiaries to Proposed Cure Amounts in Notice Regarding (A) Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned, (B) Proposed Cure Amounts, and (C) Related Procedures [D.I. 683, 6/26/15]

- m) Limited Objection and Reservation of Rights of Salesforce.com, Inc. to the Cure Amount Related to the Proposed Assumption and Assignment of Salesforce.com, Inc.'s Executory Contracts Pursuant to the Joint Chapter 11 Plan of Altegrity, Inc. [D.I. 685, 6/26/15]

      n)      The Travelers Indemnity Company's Statement in Support and Clarification of the Debtors' Proposed Assumption of Insurance Programs in Connection with Confirmation of the joint Chapter 11 Plan of Altegrity, Inc. [D.I. 722, 7/6/15]

      o)      Limited Objection of LexisNexis Creditors to Proposed Cure Amounts Pursuant to Altegrity,Inc.'s Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan [D.I. 725, 7/8/15]

      p)      Liberty Mutual Insurance Company's Reservation of Rights with Respect to the Plan Supplement in Connection with the Debtors' Joint Chapter 11 Plan and the Notices Regarding (A) Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned, (B) Proposed Cure Amounts, and (C) Related Procedures [D.I. 733, 7/10/15]

      q)      Informal comments of Spencer Hoyt

Status: This matter will be adjourned to August 14, 2015 at 10:00 a.m. (ET).

2. Application of the Official Committee of Unsecured Creditors Pursuant to Sections 328(a), 330 and 1103(a) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2014(a) and 2016 and Local Rule 2014-1 for Authorization to Retain and Employ Berkeley Research Group, LLC as Successor Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to June 1, 2015 [D.I. 632, 6/15/15]

    Objection Deadline:    June 30, 2015 at 4:00 p.m. (ET), extended for the Debtors August 12, 2015 at 9:30 a.m. (ET)

    Objections Filed:    None

Status: This matter will be adjourned to August 14, 2015 at 10:00 a.m. (ET).

3. Thomas Karaniewsky and Angela Rodriguez, on behalf of Themselves and All Others Similarly Situated v. Altegrity, Inc., Altegrity Acquisition Corp., Altegrity Holdings Corp., and US Investigations Services, LLC, Adv. No. 15-50204

    Related Documents:

      a)      Memorandum of Law in Support of Plaintiff's Motion for Class Certification and Related Relief [D.I. 22, 4/13/15]

      b)      Plaintiffs' Motion for Class Certification and Related Relief [D.I. 25, 4/16/15]

      c)      Order Granting in Part, Denying in Part Plaintiffs' Motion for Class Certification and Related Relief [D.I. 41, 6/11/15]

      d)      Affidavit of Mailing of Notice of WARN Class Action and Hearing on Dismissal of Certain Claims [D.I. 42, 6/19/15]

  e)  Declaration of Class Counsel Concerning Class Members Who Have Opted Out of the Class or Objected to Dismissal of Certain Claims [D.I. 48, 7/13/15]

Objections Filed:

  a)  Tyrone Steele's Objection to Dismissal [D.I. 43, 6/23/15]

  b)  David Scott McBride's Objection to Dismissal [D.I. 44, 6/26/15]

  c)  Larry B. Kent's Objection to Dismissal [D.I. 45, 6/30/15]

  d)  Edward L. Layfield's Objection to Dismissal [D.I. 46, 7/1/15]

  e)  Aaron LaCabe's Objection to Dismissal [D.I. 47, 7/2/15]

  f)  Darla Gilbert Simpson's Objection to Dismissal [D.I. 50, 7/13/15]

Status: This matter will be adjourned to August 14, 2015 at 10:00 a.m. (ET).

Dated: Wilmington, Delaware
    July 29, 2015

*/s/ Edmon L. Morton*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Edmon L. Morton (No. 3856)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: emorton@ycst.com
    jbarry@ycst.com
    rbartley@ycst.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz
Jasmine Ball
Craig A. Bruens
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
Email: nlabovitz@debevoise.com
    jball@debevoise.com
    cabruens@debevoise.com

*Co-Counsel for the Debtors and Debtors in Possession*