# EXHIBIT 1

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered<br><br>**Re Docket No. ___** |

**ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION TO CEERTAIN**
**DUPLICATE CLAIMS (SUBSTANTIVE)**

Upon the objection (the "**Objection**")[2] of the Debtors seeking entry of an order (this "**Order**") reclassifying, disallowing and expunging the Duplicate Claims pursuant to section 502(b) of the Bankruptcy Code and Rule 3007 of the Bankruptcy Rules; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157; and it appearing that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Objection and opportunity for response having been given; and it appearing that no other notice need be given; and the Court having considered the Objection, the Declaration, the Claims

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

01:17494093.1

listed on **Exhibit A** attached hereto, and any responses thereto; and upon the record herein; and after due deliberation and sufficient cause appearing therefor, it is FOUND AND DETERMINED:

    A.    This Objection is a core proceeding under 28 U.S.C § 157(b)(2); and

    B.    The holder of the Duplicate Claims (the "**Claimant**") was properly and timely served with a copy of the Objection, this Order, the accompanying exhibits, and the notice; and

    C.    The Claimant has been afforded a reasonable opportunity to respond to, or be heard regarding, the relief requested in the Objection; and

    D.    The facts set forth in the Declaration are undisputed; and

    E.    The Duplicate Claims should be reclassified as against HireRight; and

    F.    The Duplicate Claims are duplicative of the HireRight Claim; and

    G.    The relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; therefor, it is HEREBY ORDERED:

1. This Objection is granted in its entirety.

2. The Duplicate Claims listed on **Exhibit A** are hereby reclassified as against HireRight and disallowed and expunged in their entirety.

3. Prime Clerk, the Debtors' claims and noticing agent, shall update the claims register and balloting records to reflect the relief granted in this Order.

4. The Debtors' rights to file additional objections to the HireRight Claim, the Duplicate Claims or any other Claims (filed or not) that may be asserted against the Debtors are preserved. Additionally, should one or more of the grounds of objection stated in the Objection be dismissed, the Debtors rights to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these chapter 11 cases are further preserved.

01:17494093.1

2

5. Each Duplicate Claim and the objections by the Debtors to such Claim, as addressed in the Objection and as set forth in **<u>Exhibit A</u>** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Claim. Any stay of this Order pending appeal by the Claimant shall only apply to the contested matter that involves such Claimant and Claim and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters or Claims listed in the Objection or this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable, and the time to appeal this Order shall commence upon its entry. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a)

7. The Court shall retain jurisdiction with respect to all matters related to or arising from the Objection or the implementation of this Order.

Dated: _____
       Wilmington, Delaware

                                                     LAURIE SELBER SILVERSTEIN
                                                     UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

## **Duplicate Claims**

| Seq No. | Surviving Claims | | | |
|---|---|---|---|---|
| | **Name** | **Claim No.** | **Debtor** | **Claim Amount** |
| 1 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 758 | KCMS, Inc. | Undetermined |
| 2 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 762 | Kroll Associates, Inc. | Undetermined |
| 3 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 774 | Altegrity Acquisition Corp. | Undetermined |
| 4 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 775 | Kroll Ontrack Inc. | Undetermined |
| 5 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 776 | Ontrack Data Recovery, Inc. | Undetermined |
| 6 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 778 | USIS Worldwide, Inc. | Undetermined |
| 7 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 780 | USIS International, Inc. | Undetermined |
| 8 | Earl Wheeler<br><br>2229 Emerald Springs Dr. | 786 | D, D & C, Inc. | Undetermined |

|    |                                                                                          |     |                                    |              |
|----|------------------------------------------------------------------------------------------|-----|------------------------------------|--------------|
|    | Decatur, GA 30035<br><br>Date Filed: April 24, 2015                                      |     |                                    |              |
| 9  | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 788 | Engenium Corporation               | Undetermined |
| 10 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 789 | Kroll Background America, Inc.     | Undetermined |
| 11 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 791 | Kroll International, Inc.          | Undetermined |
| 12 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 792 | The Official Information Company   | Undetermined |
| 13 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 793 | Kroll Holdings, Inc.               | Undetermined |
| 14 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 794 | Kroll Security Group, Inc.         | Undetermined |
| 15 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 801 | John D. Cohen, Inc.                | Undetermined |
| 16 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 802 | KIA Holding, LLC                   | Undetermined |
| 17 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035                        | 810 | Kroll Factual Data, Inc.           | Undetermined |

| | | | | |
|---|---|---|---|---|
| | Date Filed: April 24, 2015 | | | |
| 18 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 812 | HireRight Technologies Group, Inc. | Undetermined |
| 19 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 814 | HireRight Solutions, Inc. | Undetermined |
| 20 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 815 | Personnel Records International, LLC | Undetermined |
| 21 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 816 | Kroll Information Assurance, Inc. | Undetermined |
| 22 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 817 | Kroll Information Services, Inc. | Undetermined |
| 23 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 818 | Albatross Holding Company, LLC | Undetermined |
| 24 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 819 | CVM Solutions, LLC | Undetermined |
| 25 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed: April 24, 2015 | 822 | Kroll Inc. | Undetermined |
| 26 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035 | 823 | Kroll Cyber Security, Inc. | Undetermined |

|    |                                                                                          |     |                                       |              |
|----|------------------------------------------------------------------------------------------|-----|---------------------------------------|--------------|
|    | Date Filed:  April 24, 2015                                                              |     |                                       |              |
| 27 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 824 | Kroll Crisis Management Group, Inc.   | Undetermined |
| 28 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 828 | Kroll Recovery LLC                    | Undetermined |
| 29 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 829 | Altegrity Risk International LLC      | Undetermined |
| 30 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 879 | National Diagnostics, Inc.            | Undetermined |
| 31 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 880 | Albatross Marketing and Trading, LLC  | Undetermined |
| 32 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 881 | Altegrity Security Consulting, Inc.   | Undetermined |
| 33 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 882 | Altegrity Holding Corp.               | Undetermined |
| 34 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 883 | US Investigations Services, LLC       | Undetermined |
| 35 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 884 | Altegrity, Inc.                       | Undetermined |

| 36 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 1295 | FDC Acquisition, Inc. | Undetermined |
|---|---|---|---|---|
| 37 | Earl Wheeler<br><br>2229 Emerald Springs Dr.<br>Decatur, GA 30035<br><br>Date Filed:  April 24, 2015 | 1406 | HireRight Records Services, Inc. | Undetermined |