# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 18, 2015 AT 11:00 A.M. (ET)

**ADJOURNED MATTERS**

1. Debtors' Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) [D.I. 572, 5/29/15]

    Objection Deadline:  June 12, 2015 at 4:00 p.m. (ET), extended to September 14, 2015 at 4:00 p.m. (ET)

    Related Documents:

    a)  Declaration of David R. Fontaine in Support of Debtors' Second Objection to Certain Claims Related to Pending Litigation (Substantive) [D.I. 576, 5/29/15]

    Objections Filed:

    a)  Response by Bus Driver Plaintiffs to: (A) Debtors' Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) and (B) Debtors' Motion for Entry of an Order Authorizing a Limited Waiver of the Requirements of Local Rules 3007-1(f)(i) With Respect to the Debtors' Second Motion to Certain Claims Related to Pending Litigation (Substantive) [D.I. 684, 6/26/15]

    Status: This matter will be adjourned to September 17, 2015 at 10:00 a.m. (ET).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

01:17387331.1

2.     Debtors' Motion for Entry of an Order Authorizing a Limited Waiver of the Requirements of Local Rule 3007-1(f)(i) with Respect to the Debtors Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) [D.I. 573, 5/29/15]

    Objection Deadline:    June 12, 2015 at 4:00 p.m. (ET), extended to September 14, 2015 at 4:00 p.m. (ET)

    Objections Filed:

    a)     Response by Bus Driver Plaintiffs to: (A) Debtors' Second Omnibus Objection to Certain Claims Related to Pending Litigation (Substantive) and (B) Debtors' Motion for Entry of an Order Authorizing a Limited Waiver of the Requirements of Local Rules 3007-1(f)(i) With Respect to the Debtors' Second Motion to Certain Claims Related to Pending Litigation (Substantive) [D.I. 684, 6/26/15]

    Status: This matter will be adjourned to September 17, 2015 at 10:00 a.m. (ET).

**UNCONTESTED MATTER GOING FORWARD**

3.     Debtors' First Omnibus Objection to Certain No-Documentation Claims (Non-Substantive) [D.I. 571, 5/29/15]

    Objection Deadline:    June 12, 2015 at 4:00 p.m. (ET)

    Related Documents:

    a)     Declaration of Carrianne J.M. Basler in Support of Debtors' First Objection to Certain No-Documentation Claims (Non-Substantive) [D.I. 577, 5/30/15]

    b)     Certificate of No Objection [D.I. 687, 6/29/15]

    c)     Proposed Order

    Objections Filed:    None

    Status: This matter will be going forward.

**CONTESTED MATTER GOING FORWARD**

4.  Carrie Wirt's Motion for Relief form the Automatic Stay [D.I. 744, 7/16/15]

    Objection Deadline:  August 10, 2015 at 4:00 p.m. (ET)

    Related Document:

    a)  Notice of Motion [D.I. 760, 7/22/15]

    Objections Filed:

    b)  Debtors' Objection to the Motion of Carrie Wirt for Relief form the Automatic Stay [D.I. 804, 8/10/15]

    Status: This matter will be going forward.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>August 14, 2015 | */s/  Edmon L. Morton*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Edmon L. Morton (No. 3856)<br>Joseph M. Barry (No. 4221)<br>Ryan M. Bartley (No. 4985)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:  (302) 571-1253<br>Email: emorton@ycst.com<br>          jbarry@ycst.com<br>          rbartley@ycst.com<br><br>-and-<br><br>**DEBEVOISE & PLIMPTON LLP**<br>M. Natasha Labovitz<br>Jasmine Ball<br>Craig A. Bruens<br>919 Third Avenue<br>New York, New York 10022<br>Tel:   (212) 909-6000<br>Fax:  (212) 909-6836<br>Email: nlabovitz@debevoise.com<br>          jball@debevoise.com<br>          cabruens@debevoise.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |