[Rider A]

, provided however, that the Debtors will not substantially consummate the Plan or cause the Effective Date to occur prior to August 27, 2015. With respect to those who cast ballots in Class A7-b for Altegrity Holding Corp., the Debtors shall promptly (but in no event later than August 17, 2015) provide notice of the entry of the Confirmation Order to such parties which shall explain the treatment of their ballots and the potential to reconsider such treatment on or before August 25, 2015 and, if such reconsideration is sought, the burden shall remain on the Debtors with respect to the Plan's treatment of their ballots.