# EXHIBIT B

## Cure Schedule

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Microsoft Corporation | Master Services Agreement | HireRight, Inc. | $ 52,924.83 |
| MICROSOFT LICENSING GP | Licensing Agreement | HireRight, Inc. | $ 39,792.46 |
| Monster Worldwide, Inc. | Master Services Agreement | Kroll Associates, Inc. | $ 4,700.48 |
| Motif Events, Inc. | Vendor Agreement Proposal | Kroll Ontrack Inc. | $ 39,998.61 |
| National Information Consortium Technologies LLC | Vendor Agreement | HireRight Solutions, Inc. | $ 199,111.00 |
| North American Communications Resource, Inc. | Master Sales Agreement | Altegrity, Inc. | $ 17,493.88 |
| North American Communications Resource, Inc. | Master Maintenance Services Agreement | US Investigations Services, LLC | $ 47,854.26 |
| Ohio Trucking Association | Marketing Agreement | HireRight Solutions, Inc. | $ 12,219.17 |
| Oliver Wyman | Services Agreement | Altegrity, Inc. | $ 4,500.00 |
| Oracle Support Services | Support Services Agreement as referenced by SSN# 5320346 | Altegrity, Inc. | $ 82.50 |
| Oracle Support Services | Support Services Agreement as referenced by SSN# 6552100 | Kroll Ontrack Inc. | $ 1,150.01 |
| Oracle Support Services | Support Services Agreement as referenced by SSN# 1784912 and SSN# 5320346 | HireRight, Inc. | $ 131,975.52 |
| PAETEC | Third Party Agreement | Kroll Associates, Inc. | $ 1,373.81 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

**Contract Cure Schedule**

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Palen / Kimball LLC | Preventative Maintenance Agreement | Kroll Ontrack Inc. | $ 3,900.93 |
| PEOPLEADMIN, INC. | Referral Agreement | HireRight, Inc. | $ 1,954.50 |
| Professional Association for SQL Server | Statement of Work | Kroll Ontrack Inc. | $ 6,578.68 |
| Psychemedics Corporation | Third Party Administrator Agreement | HireRight, Inc. | $ 80,334.89 |
| QlikTech Inc. | Consulting Services Agreement | CVM Solutions, LLC | $ 1,885.09 |
| Quest Diagnostics | Testing Services Agreement | HireRight, Inc. | $ 435,431.74 |
| R-4 Services Inc. | Storage and Service Agreement | Kroll Associates, Inc. | $ 919.70 |
| Republic Services of the Twin Cities - Eden Prairie | Customer Service Agreement | Kroll Ontrack Inc. | $ 1,874.01 |
| Retriever Sverige AB | Third Party Agreement | Kroll Associates, Inc. | $ 7,500.67 |
| RIV Data Corp. | Agreement to Terminate Contract | Kroll Inc. | $ 3,086.40 |
| Russell Reynolds Associates, Inc. | Vendor Agreement | Kroll Associates, Inc. | $ 4,289.99 |
| Ryan, LLC | Services Agreement | Altegrity, Inc. | $ 25,193.64 |
| SAP America, Inc | Software License Agreement | Altegrity, Inc. | $ 500,853.33 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

**Contract Cure Schedule**

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Secaucus 300, LLC c/o Samson Management, LLC | Lease | Kroll Ontrack Inc. | $ 20,004.38 |
| Shred-it USA Inc. | Client Automatic Service Agreement | Kroll Inc. | $ 5,806.71 |
| SMS Systems Maintenance Services, Inc. | Vendor Agreement | Kroll Ontrack Inc. | $ 30,413.62 |
| SunDun, Inc. | Third Party Agreement | Kroll Associates, Inc. | $ 53.00 |
| TALX Corporation | International Use Addendum and Consumer Reporting Agency Agreement | HireRight, Inc. | $ 1,543.75 |
| TDC Park Abbey, LLC | Lease | HireRight, Inc. | $ 55,253.87 |
| Telerik, Inc. | Vendor Agreement | Kroll Background America, Inc. | $ 697.71 |
| The LexisNexis Risk & Information Analytics Group | Application and Agreement | Kroll Background America, Inc. | $ 132,424.42 |
| The M Group | Third Party Agreement | Kroll Associates, Inc. | $ 32,073.28 |
| Therese DeSimone | Vendor Agreement | HireRight, Inc. | $ 4,200.00 |
| Third Avenue Tower Owner LLC | Lease Agreement | Altegrity, Inc. | $ 242,457.84 |
| Three Deep Marketing | Marketing Agreement | Kroll Ontrack Inc. | $ 177,220.04 |
| Trans Union LLC | Reseller Service Agreement | HireRight, Inc. | $ 64,088.21 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| tw telecom holdings, Inc. | Service Agreement | Kroll Ontrack Inc. | $ 97,611.10 |
| Verisys | Services Agreement | HireRight, Inc. | $ 139,349.94 |
| Verisys Inc (Government Mgmt Svcs dba) | Services Agreement | Kroll Background America, Inc. | $ 10,065.84 |
| Verizon Business Network Services Inc. | Business Services Agreement | Altegrity, Inc. | $ 346,813.91 |
| Viking Water Technology | Services Agreement | US Investigations Services, LLC | $ 505.29 |
| VMWare, Inc. | License Agreement | Altegrity, Inc. | $ 648,804.70 |
| WEST a Thomson Reuters Business (WEST) | Subscriber Agreement | Kroll Inc. | $ 734,209.09 |
| Xerox Corporation | Third Party Agreement | Altegrity Risk International LLC | $ 51,789.77 |
| Zeller Realty Group | Lease Agreement | Kroll Inc. | $ 29,668.86 |
| Ziegler Power Systems | Maintenance Contract | Kroll Ontrack Inc. | $ 4,026.32 |
| Zoom Information Inc | Third Party Agreement | Kroll Information Assurance, Inc | $ 36.99 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

## Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Advanced Records Management | Records Management and Service Agreement | Kroll Associates, Inc. | $ 2,639.41 |
| All Systems Installation | Vendor Agreement | Kroll Inc. | $ 6,002.42 |
| ALM Media, LLC | Advertising Agreement | Kroll Ontrack Inc. | $ 6,263.74 |
| American Security, L.L.C. d/b/a American Security & Investigations | Security Guard Services Agreement | Kroll Ontrack Inc. | $ 8,103.11 |
| American Teleconferencing Services, Ltd. | Vendor Agreement | HireRight, Inc. | $ 40,293.36 |
| Answer Vending, Inc. | Vending Operator Agreement | Kroll Inc. | $ 294.56 |
| Aramark Refreshment Services, Inc. | Beverage Service Agreement | Kroll Associates, Inc. | $ 5,025.73 |
| AT&T Corp. | Primary Rate ISDN (PRI) Service Agreement | Kroll Inc. | $ 20,965.08 |
| AT&T ILEC Service-Providing Affiliate | ISDN Prime (ISDN PRI) Service | Kroll Associates, Inc. | $ 11,162.83 |
| Ayco | Financial Consulting Services for Executives | Altegrity, Inc. | $ 41,643.00 |
| Bayshore Research & Retrieval | Services Agreement | HireRight, Inc. | $ 1,276.66 |
| Breaktime Beverage, Incorporated | Vending Machine and Service Agreement | Kroll Ontrack Inc. | $ 76.51 |
| Business Wire | Exclusivity Agreement | Kroll Ontrack Inc. | $ 3,565.00 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Canon Business Process Services, Inc. | Facillities Management Agreement | Kroll Inc. | $ 2,834.28 |
| Canon Financial Services, Inc. | Master Fixed Term Rental Agreement | Kroll Associates, Inc. | $ 26,365.49 |
| Carlson Wagon I it Travel, I nc. | Corporate Travel Agreement | Altegrity, Inc. | $ 661.78 |
| Carousel Industries of N.A., Inc. | Vendor Agreement | HireRight, Inc. | $ 240,810.32 |
| CESC Commerce Executive Park, LLC | Lease | Kroll Associates, Inc. | $ 59,425.17 |
| Champion Solutions Group | Services Agreement | HireRight, Inc. | $ 36,570.00 |
| Cisco Captial | Vendor Agreement | Kroll Ontrack Inc. | $ 8,480.87 |
| Cityside Archives, Ltd. | Storage and Service Agreement | Kroll Associates, Inc. | $ 4,599.56 |
| CloudSPM | Vendor Agreement | HireRight, Inc. | $ 52,633.21 |
| Commerce Center TN Tower LP | Lease | Kroll Background America, Inc. | $ 374,052.68 |
| CommVault Systems, Inc. | License Download Agreement | Kroll Ontrack Inc. | $ 6.90 |
| Compliance Week | Electronic Advertising Contract | Kroll Associates, Inc. | $ 1,549.86 |
| CyberSource Corporation | Commerce Solutions Agreement | Kroll Ontrack Inc. | $ 2,952.07 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Datalink Corporation | Master Terms & Conditions | Kroll Inc. | $ 12,521.36 |
| Denver PPC | Agreement Terms | Kroll Associates, Inc. | $ 7,557.14 |
| Direct Response Insurance Administrative Services, Inc. | Vendor Agreement | Kroll Background America, Inc. | $ 52,098.72 |
| Dow Chemical Company | Customer Agreement | HireRight Solutions, Inc. | $ 356,206.64 |
| Dow Jones | Master Agreement | Kroll Associates, Inc. | $ 40,221.90 |
| EG Ventures, LLC | Lease | HireRight Solutions, Inc. | $ 47,038.95 |
| Emma, Inc. | Vendor Agreement | Kroll Background America, Inc. | $ 2,010.52 |
| Equifax Information Services LLC | Service Agreement | HireRight, Inc. | $ 457.35 |
| eScreen, Inc. | Distribution Agreement | HireRight, Inc. | $ 74,577.86 |
| Estoril Incorporated | Lease | Kroll Associates, Inc. | $ 10,356.27 |
| Fairfield Property Associates LLC | Lease | Kroll Associates, Inc. | $ 10,726.15 |
| FEDERAL INSURANCE COMPANY | Sublease | Kroll Inc. | $ 15,488.00 |
| First Choice Coffee Services | Services Agreement | Kroll Associates, Inc. | $ 238.41 |


In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Forsythe Solutions Group, Inc. | Reciprocal Non-Disclosure Agreement | Kroll Inc. | $ 6,970.85 |
| Fusionstorm, Inc. | Master Services Agreement | HireRight, Inc. | $ 9,619.27 |
| Guidance Software, Inc. | Maintenance Support Renewal Program | Kroll Ontrack Inc. | $ 6,387.52 |
| Hewlett-Packard Company | Vendor Agreement | HireRight Solutions Inc. | $ 4,961.10 |
| Hitachi Data Systems Credit Corporation | Lease Agreement | Kroll Ontrack Inc. | $ 137,106.70 |
| Hot Shot Delivery | Vendor Agreement | Kroll Background America, Inc. | $ 770.00 |
| Identity and Credit Services, Inc. | Master Services Agreement | Kroll Information Assurance, Inc | $ 837.71 |
| Insight Direct USA, Inc. | Products and Services Master Agreement | Kroll Inc. | $ 439,202.45 |
| Interior Foliage Design, Inc. | Live Plant Maintenance Agreement | Kroll Associates, Inc. | $ 836.16 |
| International Business Machines Corporation | ASL Agreement | CVM Solutions, LLC | $ 12,608.36 |
| Iron Mountain | Vendor Agreement | Kroll Ontrack Inc. | $ 107,479.30 |
| JD Supra LLC | Content Publishing Agreement | Kroll Ontrack Inc. | $ 2,238.57 |
| JONES LANG LASALLE AMERICA, INC. | Real Estate Services Agreement | Altegrity, Inc. | $ 19,486.78 |

In Re: Altegrity, Inc., et al.
Case No. 15-10226 (LSS)

Contract Cure Schedule

| Counterparty | Description | Debtor Entity | Cure Amount |
|---|---|---|---|
| Kastle Systems LLC | Third Party Agreement | Kroll Inc. | $ 286.95 |
| L STREET, LLC; Tower D.C. Holdings, LLC | Lease | Kroll Ontrack Inc. | $ 63,322.25 |
| Laboratory Corporation of America Holdings | Master Services Agreement | HireRight, Inc. | $ 1,459,492.49 |
| LBA IV-PPI, LLC | Lease Agreement | HireRight, Inc. | $ 47,038.54 |
| LBL Consulting, LLC | Customer Satisfaction Services Agreement | Kroll Ontrack Inc. | $ 1,269.00 |
| LexisNexis Risk Solutions FL Inc. | Vendor Agreement | Kroll Associates, Inc. | $ 112,190.89 |
| LIBERTY PROPERTY LIMITED PARTNERSHIP | Lease | Kroll Ontrack Inc. | $ 297,078.95 |
| Liveperson | Services Agreement | Kroll Ontrack Inc. | $ 9,857.14 |
| Long Ridge Office, Portfolio, L.P. | Lease | CVM Solutions, LLC | $ 15,990.85 |
| Marsh & McLennan Companies | Vendor Agreement | Altegrity, Inc. | $ 23,104.00 |
| MEPT 475 Sansome Street, LLC | Lease Agreement | Kroll Associates, Inc. | $ 12,394.66 |
| Metropolitan Cleaning, LLC | Vendor Agreement | Kroll Associates, Inc. | $ 8,272.69 |
| Metropolitan Mechanical Contractors | Preventive Maintenance and Inspection Plan | Kroll Ontrack Inc. | $ 790.36 |