## EXHIBIT C

### Holders of Claims or Interests That Exercised the Opt Out

| | Name | Address | Ballot Number | Amount Rejecting | Debtor |
|---|---|---|---|---|---|
| 1 | Ada Ramdhani | 11379 Providencia St., Cypress, CA, 90630 | 407 | $20,217.60 | Altegrity Inc. |
| 2 | A-Dependable Drug Testing, LLC | 403 Temple Hall Hwy, Suite 6 Grandbury, TX 76049 | 149 | $165.00 | National Diagnostics |
| 3 | All Pro Health Center | 56 East Duarte Road Arcadia, CA 91006 | 354 | $1.00 | Altegrity Inc. |
| 4 | American Industrial Care Inc. | 2477 Pacheco Street Concord, CA 94520 | 207 | $30.00 | HireRight, Inc. |
| 5 | American Industrial Care Inc. | 2477 Pacheco Street Concord, CA 94520 | 214 | $480.00 | National Diagnostics |
| 6 | Andrew A Ducham | 744 East Franklin Street Appleton, WI 54911-5512 | 193 | $500.00 | HireRight, Inc. |
| 7 | Angela Rodriguez | 11591 New Zealand Street Cypress, CA 90630 | 408 | $46,044.96 | Altegrity Inc. |
| 8 | Blue Canopy Group, LLC | 11091 Sunset Hills Road Suite 777 Reston, VA 20190 | 204 | $2,896.50 | US Investigations Services, LLC |
| 9 | Brenda M. Causey | 502 South Quinn Street Mesa, AZ 85206-5047 | 245 | $1.00 | Altegrity Inc. |
| 10 | Brenda M. Causey | 502 South Quinn Street Mesa, AZ 85206-5047 | 251 | $1.00 | Altegrity Inc. |

| | Name | Address | Ballot Number | Amount Rejecting | Debtor |
|---|---|---|---|---|---|
| 11 | BrightEdge Technologies, Inc | 999 Baker Way, Suite 500<br>San Mateo, CA 94404 | 369 | $2,266.68 | Kroll Associates |
| 12 | Cafe Rio, Inc. | 201 South Main Street<br>Suite 1300<br>Salt Lake City, UT 84111 | 410 | $260,000.00 | HireRight, Inc. |
| 13 | Carrie Wirt, Class Action Plaintiff, by Attorney-in-Fact Langer Grogan & Diver, P.C. | 1717 Arch Street<br>Suite 4130<br>Philadelphia, PA 11903 | 370 | $1.00 | Altegrity Inc. |
| 14 | Carrie Wirt, Class Action Plaintiff, by Attorney-in-Fact Langer Grogan & Diver, P.C. | 1717 Arch Street<br>Suite 4130<br>Philadelphia, PA 11903 | 371 | $1.00 | HireRight, Inc. |
| 15 | Chasmin S. Lucero | PO Box 402<br>Antonito, CO 81120 | 234 | $1.00 | Altegrity Inc. |
| 16 | Cityside Archives Ltd. | 499 Mill Road<br>Edison, NJ 08873 | 366 | $235,201.16 | Kroll Associates |
| 17 | Delaware Motor Transport | 445 Pear Street<br>Dover, DE 19904 | 141 | $5.00 | HireRight Solutions |
| 18 | ElSohly Laboratories | 5 Industrial Park Drive<br>Oxford, MS 38655 | 224 | $378.00 | National Diagnostics |
| 19 | Francisco J. Flores | PO Box 4736<br>Calexico, CA 92232-4736 | 283 | $1,000.00 | HireRight Records Services |
| 20 | Gina Hadley | 26142 Sally Drive<br>Lake Forest, CA 92630 | 398 | $19,288.32 | Altegrity Inc. |
| 21 | Health Remedy Family Walk-In Clinic/Occupational Health & Wellne | 8742 Goodwood Blvd.<br>Baton Rouge, LA 70806 | 159 | $127.00 | National Diagnostics |

| | Name | Address | Ballot Number | Amount Rejecting | Debtor |
|---|---|---|---|---|---|
| 22 | Healthremede | 8742 Goodwood Blvd. Baton Rouge, LA 70806 | 162 | $612.00 | Altegrity Inc. |
| 23 | Healthremede, L.L.C. | 3235 Perkins Road Baton Rouge, LA 70808 | 54 | $3,379.00 | HireRight, Inc. |
| 24 | Healthremede, L.L.C. | 3235 Perkins Road Baton Rouge, LA 70808 | 45 | $270.00 | National Diagnostics |
| 25 | Hirepoint | 5254 Fairgreen Lane Houston, TX 77048 | 174 | $1,000.00 | HireRight, Inc. |
| 26 | Jerome Pena | 6363 Woodway, Suite 300 Houston, TX 77057 | 324 | $1.00 | HireRight, Inc. |
| 27 | Jessica M. Turner | 1809 Staplesmill Road Richmond, VA 23230 | 406 | $1.00 | Altegrity Inc. |
| 28 | Kelly Compliance | 759 North West Street Wichita, KS 67203 | 353 | $7,030.00 | National Diagnostics |
| 29 | Kelly Compliance, Inc. | 759 North West Street Wichita, KS 67203 | 352 | $3,335.00 | Altegrity Inc. |
| 30 | Kishwaukee Corporate Health, LLP | 1952 Aberdeen Court Sycamore, IL 60178 | 218 | $220.00 | Altegrity Inc. |
| 31 | Lincoln Urgent Care | 2 Wake Robin Road Lincoln, RI 02865 | 242 | $415.00 | National Diagnostics |
| 32 | Louis Freeman | 54 1960 Alison Court SW Apt. E-7 Atlanta, GA 30311 | 414 | $6,841.00 | Altegrity Inc. |
| 33 | Michael Kulka | 1055 West Baseline, Apt 1033 Mesa, AZ 85210 | 121 | $3,500.00 | HireRight Solutions |

| | Name | Address | Ballot Number | Amount Rejecting | Debtor |
|---|---|---|---|---|---|
| 34 | NG 1835 Market Street LP | 1835 Market Street, Suite 1720 Philadelphia, PA 19103 | 75 | $13,673.96 | Kroll Associates |
| 35 | Occupational Medicine of Columbus | 7301 North Lake Drive Columbus, GA 31909 | 20 | $156.00 | National Diagnostics |
| 36 | Patrick Eugene Phillips | PO Box 454 10001 Broomehill Lane Wesson, MS 39191 | 125 | $1.00 | HireRight Records Services |
| 37 | Patrick Phillips | PO Box 454 10001 Broomehill Lane Wesson, MS 39191 | 126 | $1.00 | HireRight Solutions |
| 38 | Phillip Greene, MD | 2567 Selwyn Ave Charlotte, NC 28209 | 332 | $1.00 | Altegrity Holding Corp. |
| 39 | Phillip Greene, MD | 2567 Selwyn Ave Charlotte, NC 28209 | 334 | $1.00 | Altegrity Inc. |
| 40 | Phillip Greene, MD | 2567 Selwyn Ave Charlotte, NC 28209 | 333 | $1.00 | HireRight, Inc. |
| 41 | Phillip Greene, MD | 2567 Selwyn Ave Charlotte, NC 28209 | 331 | $1.00 | National Diagnostics |
| 42 | Reginald Moore | PO Box 261 Wilmington, NC 28402 | 60 | $1.00 | Altegrity Inc. |
| 43 | Reginald Parks | 315 West Mcclellan Flint, MI 48505 | 104 | $1.00 | Altegrity Inc. |
| 44 | Robert A Holmes | 215 Heaton Place TRL Covington, GA 30016 | 221 | $1.00 | Altegrity Inc. |

| | Name | Address | Ballot Number | Amount Rejecting | Debtor |
|---|---|---|---|---|---|
| 45 | Robert Angus Holmes | 215 Heaton Place TRL Covington, GA 30016 | 303 | $1.00 | Altegrity Inc. |
| 46 | Robert L. Warren III | PO Box 410288 St. Louis, MO 63141 | 259 | $1.00 | Altegrity Inc. |
| 47 | Robert L. Warren III | PO Box 410288 St. Louis, MO 63141 | 265 | $1.00 | US Investigation Services |
| 48 | Roger Watkins | 6175 Old Brownville Road Somerville, TN 38068 | 248 | $1.00 | Altegrity Inc. |
| 49 | Sacramento Occupational Medical Group - West | 1550 Harbor Blvd, Suite 110 West Sacramento, CA 95691 | 388 | $60.00 | National Diagnostics |
| 50 | Salvatore Cracchiolo | 25 Maple Drive Aliso Viejo, CA 92656 | 335 | $29,402.70 | Altegrity Inc. |
| 51 | Samaritan Regional Health System (AIMS) | 1025 Center Street Ashland, OH 44805 | 412 | $2,313.00 | Altegrity Inc. |
| 52 | Samaritan Regional Health System (AIMS) | 1025 Center Street Ashland, OH 44805 | 413 | $48.00 | National Diagnostics |
| 53 | Secure Digital Solutions | 1550 Utica Avenue South St. Louis Park, MN 55416 | 382 | $10,202.00 | Altegrity Inc. |
| 54 | Secure Digital Solutions | 1550 Utica Avenue South St. Louis Park, MN 55416 | 384 | $10,202.00 | Altegrity Inc. |
| 55 | Thomas Dennal | 3204 Fourth Avenue Chattanooga, TN 37407 | 317 | $1.00 | HireRight Records Services |
| 56 | Three Deep, Inc. | 180 East Fifth Street Suite 910 St. Paul, MN 55101 | 304 | $10,818.44 | Kroll Info Assurance |

| | Name | Address | Ballot Number | Amount Rejecting | Debtor |
|---|---|---|---|---|---|
| 57 | Three Deep, Inc. | 180 East Fifth Street Suite 910 St. Paul, MN 55101 | 308 | $166,401.60 | Kroll Ontrack Inc. |
| 58 | Tri-County Occupational Medicine | 4000 Hempfield Plaza Blvd Suite 991 Greensburg, PA 15601 | 386 | $990.00 | National Diagnostics |
| 59 | William Gerald Stewart | 1710 Clydesdales Court Unit 106 Fort Mill, SC 29715 | 377 | $1.00 | Altegrity Holding Corp. |
| 60 | William Gerald Stewart | 1710 Clydesdales Court Unit 106 Fort Mill, SC 29715 | 379 | $1.00 | Altegrity Inc. |
| 61 | William Gerald Stewart | 1710 Clydesdales Court Unit 106 Fort Mill, SC 29715 | 380 | $1.00 | HireRight, Inc. |
| 62 | William Gerald Stewart | 1710 Clydesdales Court Unit 106 Fort Mill, SC 29715 | 378 | $1.00 | National Diagnostics |