# EXHIBIT D

## Notice of Confirmation and Effective Date

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AS MODIFIED; (B) OCCURRENCE OF EFFECTIVE DATE THEREUNDER; AND (C) RELATED DEADLINES

*[handwritten: FOR FILING CLAIMS AGAINST THE ESTATES]*

TO: (I) ALL KNOWN HOLDERS OF CLAIMS AND EQUITY INTERESTS; (II) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002; ALL PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH THE DEBTORS; AND (III) ALL OTHER PARTIES IN INTEREST IN THE CHAPTER 11 CASES, INCLUDING THE U.S. TRUSTEE

**PLEASE TAKE NOTICE** that on August 14, 2015 (the "**Confirmation Date**"), the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered its *Findings of Fact, Conclusions of Law, and Order Under Section 1129 of the Bankruptcy Code and Bankruptcy Rule 3020 Confirming the Joint Chapter 11 Plan of Altegrity, Inc., et al.* [Docket No. [__]] (the "**Confirmation Order**"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Joint Chapter 11 Plan of Altegrity, Inc., et al.* (including all exhibits thereto and as may be amended, modified, or supplemented from time to time, the "**Plan**," a copy of which is attached to the Confirmation Order as Exhibit A).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 600 Third Avenue, 4th Floor, New York, NY 10016.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1141(a) of the Bankruptcy Code, the provisions of the Plan and the Confirmation Order shall bind (i) the Debtors and their estates, (ii) the Reorganized Debtors, (iii) all holders of Claims against and Interests in the Debtors that arose before or were filed as of the Effective Date, whether or not impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property under the Plan, and (iv) each person acquiring property under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan was [__], 2015.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Confirmation Order may obtain such copy: (i) at https://cases.primeclerk.com/Altegrity or (ii) by contacting Altegrity, Inc. Ballot Processing, c/o Prime Clerk, LLC, 830 Third Avenue, 3rd Floor, New York, NY 10022; Telephone: (855) 842-4125; Email: altegrityballots@primeclerk.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov by following the directions for accessing the ECF system on such site.

### Administrative Bar Date

**PLEASE TAKE FURTHER NOTICE** that, unless required to have been previously filed, the holder of an Administrative Claim, other than the holder of (i) a DIP Claim, (ii) a Claim for statutory fees due and owing to the U.S. Trustee, (iii) a 503(b)(9) Claim (which claims, for the avoidance of doubt, shall remain subject to the Bar Date previously established by the Court for such claims), (iv) an Administrative Claim that has been Allowed on or before the Effective Date, (v) an Administrative Claim of a governmental unit (as defined in section 101(27) of the Bankruptcy Code) not required to be filed pursuant to section 503(b)(1)(D) of the Bankruptcy Code, (vi) an Administrative Claim on account of fees and expenses incurred on or after the Petition Date by ordinary course professionals retained by the Debtors pursuant to an order of the Bankruptcy Court, or (vii) an Administrative Claim arising, in the ordinary course of business, out of the employment by one or more Debtors of an individual from and after the Petition Date, but only to the extent that such Administrative Claim is solely for outstanding wages, commissions, or reimbursement of business expenses, provided, however, that any requests for payment and allowance of an Administrative Claim for severance obligations, pension obligations, healthcare obligations and/or vacation obligations must be filed as provided for herein by the Administrative Bar Date (as defined below), must file with the Bankruptcy Court and serve on the Reorganized Debtors and their counsel, the Claims and Noticing Agent, and the U.S. Trustee proof of such Administrative Claim **no later than [__], 2015 (the "Administrative Bar Date")**.

**PLEASE TAKE FURTHER NOTICE** that such proof of Administrative Claim must include at a minimum: (i) the name of the applicable Debtor that is purported to be liable for the Administrative Claim and if the Administrative Claim is asserted against more than one Debtor, the exact amount asserted to be owed by each such Debtor; (ii) the name of the holder of the

Administrative Claim; (iii) the amount of the Administrative Claim; (iv) the basis of the Administrative Claim; and (v) supporting documentation for the Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve such proof of Administrative Claim timely and properly shall result in the Administrative Claim being forever barred and discharged without the need for further action, order or approval of or notice to the Bankruptcy Court.

### Fee Claim Bar Date

**PLEASE TAKE FURTHER NOTICE** that any Professional seeking allowance by the Bankruptcy Court of an Accrued Professional Compensation Claim shall file its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date **no later than [__], 2015**. Objections to such Accrued Professional Compensation Claims, if any, must be filed and served pursuant to the procedures set forth in the Confirmation Order no later than **[__], 2015** or such other date as established by the Bankruptcy Court.

### Rejection Damages Bar Date

**PLEASE TAKE FURTHER NOTICE** that all proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Bankruptcy Court within 30 days after the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed with the Bankruptcy Court within such time will be automatically disallowed, forever barred from assertion and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates or their property, without the need for an objection by the Reorganized Debtors or further notice to, or action, order or approval of the Bankruptcy Court.

Dated:  Wilmington, Delaware
        [_____], 2015

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel for the Debtors and Debtors in Possession*

3