IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>**Ref. Docket No. 1580** |

FINAL DECREE
(A) CLOSING CHAPTER 11 CASE OF ALTEGRITY, INC., (B) WAIVING
CERTAIN REPORTING REQUIREMENTS AND (C) AMENDING CASE CAPTION

Upon the motion (the "**Motion**")[1] of the Reorganized Debtors for entry of a final decree (this "**Final Decree**") (a) closing the chapter 11 case of Altegrity, Inc. (the "**Closing Case**"), (b) waiving certain reporting requirements and (c) amending the case caption, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and Article XII of the Plan; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a Final Decree consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of and opportunity for a hearing on the Motion were appropriate and no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1003978358v3

and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The case of Altegrity, Inc. (Case No. 15-10226) is hereby closed effective as of the date of the entry of this Final Decree.

3. The Closing Case is hereby removed from the Joint Administration Order [Docket No. 43].

4. The Remaining Case shall remain open and shall be administered under the following amended caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: US INVESTIGATIONS SERVICES, LLC,[1] Debtor. | Chapter 11 Case No. 15-10262 (LSS) |
|---|---|

---

[1] The Debtor in this case, along with the last four digits of the Debtor's federal tax identification number, is US Investigations Services, LLC (9260). The location of the Debtor's corporate headquarters is 125 Lincoln Avenue, Grove City, PA 16127.

5. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen the Closing Case.

6. Within thirty (30) days of entry of this Final Decree and Order, the Reorganized Debtors shall (a) file with the Court and provide to the U.S. Trustee all outstanding post-confirmation reports, and (b) pay all fees due and payable pursuant to 28 U.S.C. § 1930.

1003978358v3

7. The final report for the Debtor in the Closing Case required under Local Rule 3022-1(c) shall be included as part of a consolidated final report for all the Debtors and filed in connection with the closure of the Remaining Case.

8. The Clerk of the Court shall enter this Final Decree individually on the docket of the Closing Case and thereafter such docket shall be marked as "Closed."

9. All motions, contested matters, and adversary proceedings that remain open as of the date hereof, or that are opened in the future, with respect to the Reorganized Debtors will be administered under the Remaining Case.

10. The Reorganized Debtors and Prime Clerk LLC, the Debtors' claims and noticing agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

11. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of Fed. R. Bankr. P. 6004(a) and the Local Rules are satisfied by such notice.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Final Decree and shall retain jurisdiction over the Closing Case pursuant to Article XII of the Plan.

13. Notwithstanding the possible applicability of Rules 6004(h), 7062, or 9014 of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

Date: March 17, 2018

*[signature]*
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE